## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to:<br><br>*WestRock Company et al. v. BNSF Railway Company et al.*, 1:20-cv-00482;<br><br>*BASF Corporation et al. v. BNSF Railway Company et al.*, 1:20-cv-00487;<br><br>*NLMK USA, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-00577;<br><br>*Shell Chemical LP et al. v. BNSF Railway Company et al.*, 1:20-cv-00641 | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |

### JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), WestRock Company, WestRock

Coated Board, LLC, WestRock Virginia, LLC, WestRock Texas, L.P., WestRock CP, LLC,

WestRock – Rex, LLC, WestRock Company of Canada Corp./Compagnie WestRock du Canada

Corp., WestRock Southeast, LLC, WestRock Northwest, LLC, WestRock Mill Company, LLC,

WestRock – Solvay, LLC, WestRock Minnesota Corporation, WestRock Kraft Paper, LLC,

WestRock Container, LLC, and WestRock Longview, LLC, BASF Corporation, BASF Catalysts

LLC, Cognis USA LLC, ProCAT Testing LLC, NLMK USA, Inc., NLMK Pennsylvania, LLC,

and Sharon Coating, LLC, Shell Chemical LP, Shell Chemicals Canada (f/k/a Shell Chemicals

Canada Ltd.) by its managing partner Shell Canada Ltd., PennzoilQuaker State Company

(formerly d/b/a SOPUS Products), Shell Trading (US) Company, and Equilon Enterprises LLC

(d/b/a Shell Oil Products US or SOPUS), ("Plaintiffs"), and Defendants BNSF Railway

Company, CSX Transportation, Inc., Norfolk Southern Railway Company, and Union Pacific Railroad Company  ("Defendants," and with Plaintiffs, the "Parties") hereby submit this unopposed Joint Motion for a Protective Order.

The purpose of the proposed Protective Order is to govern the pretrial disclosure and use by the parties of all documents, electronically stored information, testimony, and other information exchanged by the Parties.  Pursuant to Local Rule 7(m), the Parties have conferred, and have agreed to the proposed Protective Order, which the Parties file as an attachment (Exhibit 1) to this unopposed Joint Motion.  The substance of this proposed Protective Order is identical in all material respects to, *inter alia*, the Protective Order entered in *Exxon Mobile Corporation et al. v. BNSF Railway Corporation*, 1:20-cv-00484, and the Protective Order entered in Multidistrict Litigation No. 1869.

This proposed Protective Order is also identical in all material respects to the proposed Protective Order previously filed (Dkt. No. 12-1) in *BASF Corporation et al. v. BNSF Railway Company et al.*, 1:20-cv-00487.  The transferor court did not act on the proposed Protective Order prior to transfer of the case to this court.

Dated:  March 18, 2020

Respectfully submitted,

/s/ Sami H. Rashid_____
Stephen R. Neuwirth
Sami H. Rashid
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com
        samirashid@quinnemanuel.com

Viola Trebicka
QUINN EMANUEL URQUHART &

SULLIVAN, LLP
865 South Figueroa, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: violatrebicka@quinnemanuel.com

*Counsel for Plaintiffs WestRock Company,
WestRock Coated Board, LLC, WestRock
Virginia, LLC, WestRock Texas, L.P.,
WestRock CP, LLC, WestRock – Rex, LLC,
WestRock Company of Canada
Corp./Compagnie WestRock du Canada Corp.,
WestRock Southeast, LLC, WestRock
Northwest, LLC, WestRock Mill Company,
LLC, WestRock – Solvay, LLC, WestRock
Minnesota Corporation, WestRock Kraft
Paper, LLC, WestRock Container, LLC, and
WestRock Longview, LLC, BASF Corporation,
BASF Catalysts LLC, Cognis USA LLC,
ProCAT Testing LLC, NLMK USA, Inc., NLMK
Pennsylvania, LLC, and Sharon Coating, LLC,
Shell Chemical LP, Shell Chemicals Canada
(f/k/a Shell Chemicals Canada Ltd.) by its
managing partner Shell Canada Ltd.,
PennzoilQuaker State Company (formerly d/b/a
SOPUS Products), Shell Trading (US)
Company, and Equilon Enterprises LLC (d/b/a
Shell Oil Products US or SOPUS)*

*/s/ Linda S. Stein*_____
Linda S. Stein (D.C. Bar No. 376217)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 429-3000
(202) 429-3902 (facsimile)
lstein@steptoe.com
mbfox@steptoe.com

Glenn D. Pomerantz
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100

Glenn.Pomerantz@mto.com

*Counsel for Defendant BNSF Railway Company in WestRock Company et al. v. BNSF Railway Company et al.*, 1:20-cv-00482; *BASF Corporation et al. v. BNSF Railway Company et al.*, 1:20-cv-00487; *and NLMK USA, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-00577

*/s/ Robert B. Burns, Jr.*_____
Robert B. Burns, Jr.
Texas State Bar No. 03450400
SD Bar No. 11298
bburns@bajb.com
Meggan S. Crow
Texas State Bar No. 24037860
SD Bar NO. 1113241
mcrow@bajb.com
BURNS ANDERSON JURY & BRENNER, L.L.P.
P.O. Box 26300
Austin, Texas 78755-6300
Telephone: 512-338-5322
Facsimile: 512-338-5363

*Counsel for Defendant BNSF Railway Company in Shell Chemical LP et al. v. BNSF Railway Company et al.*, 1:20-cv-00641

*/s/ Kent A. Gardiner*_____
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950 )
Martin J. Mackowski (D.C. Bar No. 1045188)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(t) 202.624.2500
(f) 202.628.5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com
MMackowski@crowell.com

Juan A. Arteaga (admission application pending)
CROWELL & MORING LLP

590 Madison Avenue, 20th Floor
New York, NY 10022-2544
(t) 212.223.4000
(f) 212.223.4134
JArteaga@crowell.com

*Counsel for Defendant CSX Transportation,
Inc. in WestRock Company et al. v. BNSF
Railway Company et al.*, 1:20-cv-00482;
*BASF Corporation et al. v. BNSF Railway
Company et al.*, 1:20-cv-00487; *and NLMK
USA, Inc. et al. v. BNSF Railway Company et
al.*, 1:20-cv-00577

*/s/ David M. Wells*_____
David M. Wells
Florida Bar No. 309291
Anne Coxe Mesrobian
Florida Bar No. 1013926
**GUNSTER, YOAKLEY & STEWART, P.A.**
225 Water Street, Suite 1750
Jacksonville, FL 32202
Tel:  (904) 354-1980
Primary Email: dwells@gunster.com
Primary Email: amesrobian@gunster.com
Secondary Email: dculmer@gunster.com
Secondary Email: awinsor@gunster.com

*Counsel for Defendant CSX Transportation,
Inc. in Shell Chemical LP et al. v. BNSF
Railway Company et al.*, 1:20-cv-00641

*/s/ Tara L. Reinhart*_____
Tara L. Reinhart (D.C. Bar. No. 462106)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com

*Counsel for Defendant Norfolk Southern
Railway Company*

5

_/s/ Daniel M. Wall_
Daniel M. Wall
Timothy L. O'Mara
Christopher B. Campbell
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Allyson M. Maltas (D.C. Bar No. 494566)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
allyson.maltas@lw.com

_Counsel for Defendant Union Pacific Railroad
Company in WestRock Company et al. v. BNSF
Railway Company et al._, 1:20-cv-00482; _and
in BASF Corporation et al. v. BNSF Railway
Company et al._, 1:20-cv-00487

_/s/ Johyn N. Majoras___
John M. Majoras (DC Bar No. 474267)
Kristen A. Lejnieks (DC Bar No. 502136)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
E-mail: jmmajoras@jonesday.com
E-mail: kalejnieks@jonesday.com

Tyrone R. Childress (CA Bar No. 136795,
_pro hac vice_ forthcoming)
Erna Mamikonyan (CA Bar No. 302000, _pro
hac vice_ forthcoming)
Kelsey S. Bryan (DC Bar No. 1034352)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2589
E-mail: tchildress@jonesday.com
E-mail: emamikonyan@jonesday.com

E-mail: kbryan@jonesday.com

*Counsel for Defendant Union Pacific Railroad Company in NLMK USA, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-00577; *and Shell Chemical LP et al. v. BNSF Railway Company et al.*, 1:20-cv-00641

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 18th day of March, 2020, I caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system on all counsel of record and on attorneys for Defendants via electronic mail.

         */s/ Sami H. Rashid*_____
         Sami H. Rashid