**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)

This document relates to:

ALL CASES

MDL Docket No. 2925
Misc. No. 20-00008 (BAH)

**ORDER**

Upon consideration of plaintiffs' Submission Regarding Proposed Liaison Counsel, ECF No. 123, and representations at the May 22, 2020 Initial Scheduling Conference, *see* Min. Entry (May 22, 2020), it is hereby **ORDERED** that the Court designates as Liaison Counsel for plaintiffs in this multidistrict litigation, MDL No. 2925 (the "MDL"):

Alden Atkins
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW, Suite 500 West
Washington, DC 20037
(202) 639-6500
aatkins@velaw.com

William Blechman
Kenny Nachwalter, P.A.
1441 Brickell Avenue, Suite 1000
Miami, FL 33131
(305) 373-1000
wblechman@knpa.com

Michael Hausfeld
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com

Stephen Neuwirth
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com

and it is further

**ORDERED** that Plaintiffs' Liaison Counsel shall be generally responsible for coordinating the plaintiffs' activities as well as monitoring and ensuring that work conducted by plaintiffs' counsel on this matter is reasonably necessary and avoids unnecessary costs and duplication of effort. Liaison Counsel shall work with all plaintiffs' counsel to make a joint determination as to plaintiffs' position during pretrial proceedings and shall present such positions to the Court and opposing parties. Liaison Counsel's duties with respect to the MDL shall include:

1. Coordinate discovery on behalf of plaintiffs;
2. Coordinate briefing and arguing of motions, oppositions, and other matters presented to the Court;
3. Coordinate the examination of witnesses in depositions;
4. Coordinate the consultation and employment of joint consultants or experts, as necessary;
5. Coordinate plaintiffs' alternative dispute resolution efforts;
6. Encourage full cooperation and efficiency among all plaintiffs' counsel;
7. Coordinate work responsibilities and monitor the activities of all plaintiffs' counsel to assure that pretrial preparation for the various plaintiffs is conducted effectively, efficiently, and economically, that schedules are met, and that unnecessary expenditures of time and expense are avoided;

8. Perform such other duties as may be incidental to proper coordination of plaintiffs' pretrial activities or as authorized by further order of the Court;

9. Communicate with opposing counsel on behalf of plaintiffs concerning scheduling, meet and confers, joint status reports, and other administrative matters; and

10. Communicate with the Court on behalf of plaintiffs concerning scheduling and other administrative matters; and it is further

**ORDERED** that the communication, transmission, or dissemination of information of common interest among plaintiffs' counsel shall be protected by the attorney-client privilege, the protections afforded by the attorney work product doctrine, or any other privilege or protection from disclosure to which a party may otherwise be entitled.

**SO ORDERED**.

DATE: July 27, 2020

BERYL A. HOWELL
Chief Judge