IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 6, 2020 Minute Order, the parties submit this Joint Status Report regarding the status of the litigation.

Since the last status conference, the parties have engaged in nearly 20 hours of global meet and confers regarding Plaintiffs' and Defendants' custodians. The parties have also met and conferred numerous times regarding objections to requests for production and have exchanged proposals on several groups of requests for which disputes remain. The parties have exchanged search term proposals, but those discussions remain in their early stages due to ongoing discussions regarding custodians and objections to requests.  A brief summary of key outstanding issues is below:

1. **Additional Actions**: Since the September 9, 2020 Status Conference, six additional actions have been identified as tag-along cases and have been coordinated or are being coordinated with this MDL. Defendants will respond to the Complaints in these actions.

2. **Defendant Custodians**: Since the last status conference, through hours of meet and confer discussions and numerous letters, the parties have worked to narrow the list

of Defendant custodians requested by Plaintiffs. At Defendants' request, Plaintiffs jointly provided Defendants with a global custodian proposal on November 6, 2020. The Defendants responded on November 12, with both joint correspondence and separate counter-proposals that differ in some respects. Plaintiffs are reviewing those counter-proposals and will soon be at either agreement or impasse with each Defendant.

3. **Plaintiff Custodians**: Since the last status conference, the parties have worked together to identify relevant Plaintiff custodians. After engaging in the meet and confer process described above, Defendants are waiting for additional information Defendants requested from certain Plaintiffs, and will respond to Plaintiffs' proposals.

4. **Requests for Production**: The parties agreed to complete negotiations regarding scope of production in response to each side's requests for production by October 9, 2020. However, those negotiations are not yet complete. The parties have been diligently working through these issues on their meet and confer calls and have also exchanged extensive correspondence on disagreements related to various requests for production. Progress has been made on several of these issues and discussions continue. Open issues include but are not limited to the following: (1) Defendants' requests for discovery relating to Plaintiffs' litigation holds, litigation financing documents, documents showing when Plaintiffs contemplated litigation, fuel surcharges by rail carrier alternatives and non-defendant rail carriers, and discovery relating to Plaintiffs' own fuel surcharges; and (2) Plaintiffs' requests for discovery seeking production of documents through December 31, 2008 and transactional

data from 2009-2012. The parties continue to work through these issues and are not requesting any action by the Court on any of these issues at this time.

5. **Search Terms**: The parties exchanged initial search term proposals and are continuing to exchange correspondence and meet and confer in the hopes of reaching agreement on search terms.

To the extent the parties reach impasse on any of the above issues, the parties will promptly inform the Court.


/s/ Michael D. Hausfeld
Michael D. Hausfeld
Brian A. Ratner
Sathya S. Gosselin
Melinda R. Coolidge
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
bratner@hausfeld.com
sgosselin@hausfeld.com
mcoolidge@hausfeld.com

Seth R. Gassman
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
sgassman@hausfeld.com

*Attorneys for Boise Cascade Company; CONSOL Energy, Inc.; Grand River Dam Authority; J.R. Simplot Co.; Lansing Board of Water & Light; Linde AG; Praxair, Inc.; Lotte Global Logistics (North America), Inc.; MillerCoors, LLC; Newell Recycling Southeast, LLC; Peabody Investments Corporation, Peabody Energy Corporation, Peabody Natural*

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
Sami H. Rashid
Viola Trebicka
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com
violatrebicka@quinnemanuel.com

*Attorneys for Plaintiffs Alcoa Corporation, Arconic, Inc.; Alcoa Fuels, Inc.; Alcoa Power Generating, Inc.; Eastalco Aluminum Company; Intalco Aluminum, LLC; Reynolds Metal Company; Alcoa World Alumina, LLC; Alumax Mill Products, Inc.; The Amalgamated Sugar Company, LLC; American Rock Salt Company LLC; AP Møller – Mærsk A/S; Mærsk Inc.; Maersk Line UK Limited; Axiall Corporation; Axiall, LLC; Westlake Styrene LLC; Westlake Petrochemicals LLC; Westlake Polymers LLC; Westlake Vinyls Inc.; Westlake Vinyls Company LP; WPT LLC; Westlake Longview Corporation; Westlake Management Services, Inc.; BASF Corporation; BASF Catalysts LLC; Cognis USA LLC; ProCat Testing LLC; California Steel Industries, Inc.; Campbell Soup*

*Resources Company, Peabody Midwest Mining LLC, Peabody Powder River Mining LLC, Peabody Coulterville Mining, LLC, Peabody Coalsales, LLC f/k/a Coalsales, LLC, Coalsales II, LLC f/k/a Peabody Coalsales Company, Peabody Coaltrade, LLC f/k/a Coaltrade, LLC and Peabody Coaltrade, Inc., Twentymile Coal, LLC f/k/a Twentymile Coal Company; Roseburg Forest Products Co.; Sims Group USA Holdings Corporation (f/k/a Sims Hugo Neu Corporation), Metal Management, Inc., Simsmetal East LLC (f/k/a Sims Hugo Neu East LLC and Hugo Neu Schnitzer East), Metal Management Northeast, Inc., Metal Management Pittsburgh, Inc., SMM New England Corporation (f/k/a Metal Management Connecticut, Inc.), SMM Southeast LLC, Metal Management Midwest, Inc., Metal Management Indiana, Inc., Metal Management Ohio, Inc., Sims Southwest Corporation (f/k/a Proler Southwest LP and Proler Southwest Corporation), SMM South Corporation (f/k/a Metal Management Alabama, Inc.), Metal Management Memphis, L.L.C., Sims Group USA Corporation, Simsmetal West LLC (f/k/a Sims Hugo Neu West LLC), and Schiabo Larovo Corporation; Suzuki Motor of America, Inc.; TMS International, LLC; Trammo, Inc.; Transrail, Inc.; Tropicana Products, Inc., Frito-Lay, Inc., and Bottling Group, LLC operating as Pepsi Beverages Company; U.S. Silica Co.*

*Supply Company L.L.C.; Campbell Company of Canada; Campbell FoodService Company; Joseph Campbell Company; CertainTeed LLC; Saint-Gobain Ceramics & Plastics, Inc.; Bird Incorporated' CertainTeed Canada, Inc.; CertainTeed Gypsum & Ceiling Manufacturing, Inc.; CertainTeed Gypsum Manufacturing, Inc.; CertainTeed Gypsum NC, Inc.; CertainTeed Gypsum West Virginia, Inc.; CertainTeed Gypsum, Inc.; CertainTeed Ceilings Corporation; CertainTeed Gypsum and Ceilings USA, Inc.; Coffeyville Resources Nitrogen Fertilizers, LLC; Coffeyville Resources Refining & Marketing, LLC; Wynnewood Refining Company, LLC; East Dubuque Nitrogen Fertilizers, LLC; ConAgra Brands, Inc. f/k/a/ ConAgra Foods, Inc.; Virginia Electric and Power Company,; Dominion Energy Fuel Services, Inc.; Dominion Energy South Carolina, Inc.; Duke Energy Carolinas, LLC; Duke Energy Florida, LLC; Duke Energy Progress, LLC; Duke Energy Indiana, LLC; Duke Energy Kentucky, LLC; Duke Energy Ohio, LLC; Progress Fuels, LLC; DEGS of Narrows, LLC; Duke Energy Generation Services, Inc.; Eastman Chemical Company; Solutia Inc.; Taminco Corporation; Exxon Mobil Corporation; ExxonMobil Oil Corporation; ExxonMobil Global Services Company; Imperial Oil; Imperial Oil Limited; Canada Imperial Oil Limited; Grain Craft, Inc.; Southeastern Mills, Inc.; Hyundai Motor America, Inc.; IPSCO Tubulars Inc.; IPSCO Koppel Tubulars, LLC; IPSCO Tubulars (KY), LLC; TMK NSG, LLC; Keystone Fuels, LLC; Conemaugh Fuels, LLC; Kia Motors America, Inc.; Lafarge North America, Inc., Holcim (US) Inc.; Aggregate Industries Management, Inc.; Aggregate Industries - SWR, Inc.; Aggregate Industries - WCR, Inc.; Aggregate Industries Northeast Region, Inc.; Aggregate Industries - MWR, Inc.; Bardon, Inc. (dba Aggregate Industries Mid-Atlantic Region); Cement Transport, LTD; Geocycle LLC; Systech Environmental Corporation; Lafarge PNW, Inc.; Lattimore Materials Corp.; Mercedes-Benz USA, LLC; Motiva Enterprises LLC; NLMK USA, Inc.; NLMK Pennsylvania, LLC; Sharon Coating, LLC; Northdown Industries, Inc.; Normerica Inc.; NOVA Chemicals, Inc.; NOVA Chemicals Corporation;*

*NOVA Chemicals (Canada) Ltd.; Old World Industries, LLC; PCS Sales (USA), Inc.; Agrium (U.S.), Inc.; PCS Phosphate Company, Inc.; White Springs Agricultural Chemicals, Inc; PCS Nitrogen, Inc.; Phillips 66 Company; Shell Chemical LP, Shell Chemicals Canada (f/k/a Shell Chemicals Canada Ltd.) by its managing partner Shell Canada Ltd.; Pennzoil-Quaker State Company (formerly d/b/a SOPUS Products); Shell Trading (US) Company; Equilon Enterprises LLC (d/b/a Shell Oil Products US or SOPUS); Talen Energy Supply, LLC f/k/a PPL Energy Supply, LLC, on behalf of itself and its subsidiaries and affiliates; Talen Energy Marketing, LLC f/k/a PPL EnergyPlus, LLC; Talen Generation, LLC f/k/a PPL Generation, LLC (successor in interest to PPL Coal Supply, LLC); Talen Montana, LLC f/k/a PPL Montana, LLC; Martins Creek, LLC f/k/a PPL Martins Creek, LLC; Brunner Island, LLC f/k/a PPL Brunner Island, LLC; Montour, LLC f/k/a PPL Montour, LLC; United Parcel Service, Inc., an Ohio Corporation; UPS Ground Freight, Inc.; Vulcan Materials Company; Legacy Vulcan, LLC; Florida Rock Industries, Inc.; Atlantic Granite LLC; CalMat Co.; Vulcan Aggregates Company, LLC; Vulcan Construction Materials, LLC; Fulton Concrete Company, LLC; McCartney Construction Company, Inc.; Calhoun Asphalt Company, Inc.; Harper Brothers, LLC; Virginia Concrete Company, LLC; Azusa Rock, LLC; Triangle Rock Products, LLC; Aggregates USA, LLC; Chem-Marine Corporation of South Carolina; DMG Equipment Company, LLC; R. C. Smith Companies, LLC; Aggregates USA (Macon), LLC; Aggregates USA (Savannah), LLC; Aggregates USA (Sparta), LLC; WestRock Company; WestRock Coated Board, LLC; WestRock Virginia, LLC; WestRock Texas, L.P.; WestRock CP, LLC; WestRock –Rex, LLC; WestRock Southeast, LLC; WestRock Northwest, LLC; WestRock Mill Company, LLC; WestRock – Solvay, LLC; WestRock Minnesota Corporation; WestRock Kraft Paper, LLC; WestRock Container, LLC; and WestRock Longview, LLC; Smurfit-Stone Container Canada Inc.*

/s/ William J. Blechman
Robert D. W. Landon, III
Richard Alan Arnold*
William J. Blechman*
Douglas H. Patton*
Samuel J. Randall*
Michael A. Ponzoli*
Joshua B. Gray*
Brandon S. Floch*
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:  (305) 373-1000
E-mail:
rlandon@knpa.com
raa@knpa.com
wblechman@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com
jgray@knpa.com
bfloch@knpa.com
*(*Pro hac vice* forthcoming)

*Attorneys for Plaintiffs Cemex, Inc., Clearwater Paper Corporation, The Goodyear Tire & Rubber Company, Kraft Heinz Foods Company, Lehigh Hanson, Inc., PotlatchDeltic Corporation, Rayonier Advanced Materials Inc., Sterling Steel Company LLC., UPM-Kymmene, Inc., and Unilever ASCC AG*

/s/ Alden L. Atkins
Craig P. Seebald (D.C. Bar No. 438968)
Alden L. Atkins (D.C. Bar No. 00393922)
Lindsey R. Vaala (D.C. Bar No. 974770)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
(202) 639-6500
(202) 639-6604 (Facsimile)
cseebald@velaw.com
aatkins@velaw.com
lvaala@velaw.com

/s/ John H. LeSeur
John H. LeSeur (D.C. Bar No. 293357)
Frank J. Pergolizzi (D.C. Bar No. 405174) Peter A. Pfohl (D.C. Bar No. 456854)
Daniel M. Jaffe (D.C. Bar No. 461185)
SLOVER & LOFTUS LLP 1224 Seventeenth Street NW Washington, D.C. 20036 (202) 347-7170
(202) 347-3619 (Facsimile)
jhl@sloverandloftus.com
fjp@sloverandloftus.com
pap@sloverandloftus.com
dmj@sloverandloftus.com

*Attorneys for Plaintiffs AK Steel Corporation; Bel-Ray Company, LLC; Calumet Branded Products, LLC; Calumet Cotton Valley Refining, LLC; Calumet Dickinson Refining, LLC; Calumet Karns City Refining, LLC; Calumet Montana Refining, LLC; Calumet Operating, LLC; Calumet Princeton Refining; LLC; Calumet Refining, LLC; Calumet Shreveport Refining, LLC; Calumet Specialty Products Partners, L.P.; CF Industries, Inc.; Dairyland Power Cooperative; Dyno Nobel, Inc.; Entergy Arkansas, LLC; Entergy Louisiana, LLC; Exelon Generation Company, LLC; Kurlin Company, LLC; NorFalco LLC; NorFalco Sales; North Star BlueScope Steel LLC; Steelscape, LLC; Wisconsin Electric Power Company*

/s/ Geoffrey L. Harrison
Geoffrey L. Harrison (DC Bar No. TX0068)
Shawn Raymond
Vineet Bhatia (DC Bar No. TX0069)
Erica W. Harris
Adam Carlis
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
gharrison@susmangodfrey.com
sraymond@susmangodfrey.com
vbhatia@susmangodfrey.com
eharris@susmangodfrey.com
acarlis@susmangodfrey.com

*Attorneys for Plaintiffs Total Petrochemical & Refining USA, Inc., Lyondell Chemical Company, LyondellBasell Acetyls, LLC, and Equistar Chemicals, LP*

/s/ Joseph M. Vanek
Joseph M. Vanek
David P. Germaine (admitted *pro hac vice*)
Martin V. Sinclair, Jr. (admitted *pro hac vice*)
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
E-mail: jvanek@sperling-law.com
dgermaine@sperling-law.com
msinclair@sperling-law.com

*Attorneys for Plaintiff Kellogg Company*

/s/ David B. Helms
David B. Helms
GERMAN MAY PC
8000 Maryland Avenue, Suite 1060
Clayton, Missouri 63105
PH: 314-474-1750
FX: 816-471-2221
Email: davidh@germanmay.com

Kirk T. May
William D. Beil
GERMAN MAY PC
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
PH: 816-471-7700
FX: 816-471-2221
Email: kirkm@germanmay.com
Email: billb@germanmay.com

*Attorneys for Plaintiffs Brady McCasland, Inc.*

/s/ Sandra L. Brown
Sandra L. Brown (D.C. Bar No. 452988)
David A. Wilson (D.C. Bar No. 430400)
David E. Benz (D.C. Bar No. 485868)
Joe Smith (D.C. Bar. No. 1010223)
THOMPSON HINE LLP
1919 M Street N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 331-8800
Fax: (202) 331-8330
sandra.brown@thompsonhine.com
david.wilson@thompsonhine.com
david.benz@thompsonhine.com
joe.smith@thompsonhine.com

Robert F. Ware
Jennifer S. Roach
THOMPSON HINE LLP
127 Public Square, Suite 3900
Cleveland, Ohio 44114

/s/ *Kirk T. May*
Kirk T. May
William D. Beil
GERMAN MAY PC
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
PH:  816-471-7700
FX:  816-471-2221
Email: kirkm@germanmay.com
Email: billb@germanmay.com

David B. Helms
GERMAN MAY PC
8000 Maryland Avenue, Suite 1060
Clayton, Missouri 63105
PH:  314-474-1750
FX:  816-471-2221
Email: davidh@germanmay.com

*Attorneys for Plaintiffs Lansing Ethanol Services, LLC, et al.*

/s/ *David C. Eddy*
David C. Eddy (DC Bar No. 250712)
Dennis J. Lynch (Admitted pro hac vice)
Travis C. Wheeler (DC Bar No. 484023)
Chase C. Keibler  (Admitted pro hac vice)
NEXSEN PRUET, LLC
1230 Main Street
Suite 700
Columbia, S.C. 29201
Tel:  (803) 771-8900
ddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com
ckeibler@nexsenpruet.com

*Attorneys for Plaintiffs Domtar Corporation; Ford Motor Company; and South Carolina Public Service Authority*

Tel:  (216) 566-5500
Fax: (216) 566-5800
rob.ware@thompsonhine.com
jennifer.roach@thompsonhine.com

*Attorneys for Plaintiffs Alabama Power Company, Georgia Power Company and Mississippi Power Company; Northern Indiana Public Service Company LLC; and Union Electric Company d/b/a Ameren Missouri and Ameren Development Company*

/s/ *Eric S. Hochstadt*
David J. Lender (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
Luna Barrington (admitted *pro hac vice*)
Sarah Ryu (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
david.lender@weil.com
eric.hochstadt@weil.com
luna.barrington@weil.com
sarah.ryu@weil.com

Carrie C. Mahan (D.C. Bar No. 459802)
WEIL, GOTSHAL & MANGES LLP
2001 M. Street NW #600
Washington, DC 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940
carrie.mahan@weil.com

*Attorneys for Plaintiffs ArcelorMittal USA LLC and ArcelorMittal Dofasco G.P.*

/s/ Gregory W. Langsdale
Brian D. Wallach (D.C. Bar No. 432349)
Gregory W. Langsdale (D.C. Bar No. 500716)
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Tel:  (202) 862-2200
E-mail:
brian.wallach@cwt.com
greg.langsdale@cwt.com

/s/ Brandon J.B. Boulware
Brandon J.B. Boulware
Jeremy M. Suhr
BOULWARE LAW LLC
1600 Genessee Street
Suite 416
Kansas City, Missouri 64102
Tel:  (816) 492-2826
E-mail: brandon@boulware-law.com
jeremy@boulware-law.com

*Attorneys for Plaintiffs Anheuser-Busch, LLC and Anheuser-Busch Companies, LLC*

/s/ Brandon J.B. Boulware
Brandon J.B. Boulware
Jeremy M. Suhr
BOULWARE LAW LLC
1600 Genessee Street
Suite 416
Kansas City, Missouri 64102
Tel:  (816) 492-2826
E-mail: brandon@boulware-law.com
jeremy@boulware-law.com

*Attorneys for Plaintiff The J.M. Smucker Company*

/s/ Stuart H. Singer

/s/ Edward D. Hassi
Edward D. Hassi (D.C. Bar No. 1026776)
Leah S. Martin (D.C. Bar No. 1029757)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 383-8000
Fax:  (202) 383 8118
E-mail:  thassi@debevoise.com
lmartin@debevoise.com

Michael Schaper, Esquire
Brooke J. Willig, Esquire
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel:  (212) 909 6000
Fax:  (212) 909 6836
E-mail:  mschaper@debevoise.com
bwillig@debevoise.com

*Attorneys for Plaintiffs Toyota Motor Sales, U.S.A., Inc. and Toyota Canada Inc.*

/s/ Nathan P. Eimer
Nathan P. Eimer (*pro hac vice*)
Susan Razzano (*pro hac vice*)
Benjamin Waldin (D.D.C. Bar No. IL0061)
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
neimer@eimerstahl.com
srazzano@eimerstahl.com
bwaldin@eimerstahl.com

Ryan J. Walsh (D.C. Bar No. 1029407)
EIMER STAHL LLP
10 East Doty Street

Stuart H. Singer (Fla. Bar No. 377325)
Carlos M. Sires (Fla. Bar No. 319333)
James Grippando (Fla. Bar No. 383015)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200 Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
E-mail: ssinger@bsfllp.com
csires@bsfllp.com
jgrippando@bsfllp.com

*Attorneys for Plaintiff Domino Foods, Inc.*

Suite 800
Madison, WI 53703
Telephone: (608) 441-5798
Fax: (608) 441-5707
Email: rwalsh@eimerstahl.com

*Attorneys for Plaintiffs The Dow Chemical Company, Union Carbide Corporation, Amerchol Corporation, Umetco Minerals Corporation, Gerdau Ameristeel Corporation, Gerdau Ameristeel US Inc., Gerdau Ameristeel Perth Amboy Inc., Gerdau Ameristeel Sayreville Inc., Chaparral Steel Company, Chaparral Steel Midlothian, LP, Chaparral (Virginia) Inc., Sheffield Steel Corporation, and Gerdau Macsteel, Inc., International Paper Company, GenOn Energy Management, LLC, GenOn Power Midwest LP, GenOn REMA, LLC*

/s/ *Leo D. Caseria*
Leo D. Caseria (DC Bar No. 1655936)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006-6801
Tel. (202) 747-1925
Fax (202) 747-1901
lcaseria@sheppardmullin.com

*Attorneys for Plaintiff
CalPortland Company*

/s/ *Benjamin D. Brown*
Benjamin D. Brown (DC Bar. No. 495836)
Robert A. Braun (DC Bar. No. 1023352)
Leonardo Chingcuanco
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue,
N.W. Fifth Floor
Washington, D.C. 20005
Tel: (202) 408-4600
bbrown@cohenmilstein.com

/s/ *Daniel B. Goldman*
Daniel B. Goldman
Steven S. Sparling
Daniel Lennard
Zachary C. Naidich
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
dgoldman@kramerlevin.com
ssparling@kramerlevin.com
dlennard@kramerlevin.com
znaidich@kramerlevin.com

D. Jeffrey Ireland
Erin E. Rhinehart
FARUKI PLL
201 E. Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (937) 227-3714
Telecopier: (937) 227-3717
erhinehart@ficlaw.com
djireland@ficlaw.com

rbraun@cohenmilstein.com
lchingcuanco@cohenmilstein.com

*Attorneys for Plaintiffs Kawasaki Kisen Kaisha, Ltd., "K" Line America, Inc., Yang Ming Marine Transport Corp., Yang Ming (America) Corp., Nippon Yusen Kabushiki Kaisha, and NYK Line (North America) Inc.*


*/s/ Michael C. Dell'Angelo*
Michael C. Dell'Angelo
Michael J. Kane
H. Laddie Montague, Jr.
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net
mkane@bm.net
hlmontague@bm.net
mwallin@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
(202) 559-9745
dwalker@bm.net

*Attorneys for Plaintiffs High Level Management Venturers, Century Aluminum Company, Century Aluminum of Kentucky, GP, NSA, GP, Century Aluminum of West Virginia, Inc, and Century Aluminum Of South Carolina, Inc.*

*Attorneys for Plaintiffs The Procter & Gamble Company, The Procter & Gamble Distributing LLC, The Procter & Gamble Manufacturing Company, and The Procter & Gamble Paper Products Company*


*/s/ Ronald J. Aranoff*
Ronald J. Aranoff
Fletcher W. Strong
William J. Hagan
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
raranoff@wmd-law.com
fstrong@wmd-law.com
whagan@wmd-law.com

*Attorneys for Plaintiff Air Products And Chemicals, Inc.*

| | |
|---|---|
| */s/ Glenn D. Pomerantz* | */s/ Linda S. Stein* |
| Glenn D. Pomerantz | Linda S. Stein (D.C. Bar No. 376217) |
| E. Martin Estrada | Molly Bruder Fox (D.C. Bar No. 981619) |
| Kuruvilla J. Olasa | STEPTOE & JOHNSON LLP |
| Anne K. Conley | 1330 Connecticut Avenue, NW |
| MUNGER, TOLLES & OLSON LLP | Washington, D.C. 20036 |
| 350 South Grand Avenue, 50th Floor | Phone: (202) 429-3000 |
| Los Angeles, CA 90071 | lstein@steptoe.com |
| Phone: (213) 683-9100 | mbfox@steptoe.com |
| Glenn.Pomerantz@mto.com | |
| Martin.Estrada@mto.com | Jacobus P. van der Ven (D.C. Bar No. 1644774) |
| Kuruvilla.Olasa@mto.com | MUNGER, TOLLES & OLSON LLP |
| Anne.Conley@mto.com | 601 Massachusetts Ave., NW |
| | Suite 500E |
| Benjamin J. Horwich | Washington, DC 20001-5369 |
| MUNGER, TOLLES & OLSON LLP | Phone: (202) 220-1100 |
| 560 Mission Street, 27th Floor | Jacobus.vanderven@mto.com |
| San Francisco, CA 94105 | |
| Phone: (415) 512-4000 | |
| Ben.Horwich@mto.com | |

*Attorneys for Defendant BNSF Railway Company pursuant to
the Notices of Appearance entered in each case*

| | |
|---|---|
| */s/ Tara L. Reinhart* | |
| Tara L. Reinhart (D.C. Bar. No. 462106) | Ronald K. Wray II |
| John R. Thornburgh II (D.C. Bar No. 1044137) | GALLIVAN, WHITE & BOYD P.A. |
| Thomas R. Gentry (D.C. Bar No. 1617060) | 55 Beattie Place, Suite 1200 |
| SKADDEN, ARPS, SLATE, | Greenville, SC 29601 |
| MEAGHER & FLOM LLP | Telephone: (864) 271-5362 |
| 1440 New York Avenue, N.W. | rwray@GWBlawfirm.com |
| Washington, DC 20005 | |
| Telephone: (202) 371-7000 | |
| tara.reinhart@skadden.com | |
| john.thornburgh@skadden.com | |
| thomas.gentry@skadden.com | |

*Counsel for Defendant Norfolk Southern Railway Company pursuant to
the Notices of Appearance entered in each case*

/s/ Juan A. Arteaga
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Juan A. Arteaga
Mara R. Lieber
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com
MLieber@crowell.com

/s/ David M. Wells
David M. Wells
Anne Coxe Mesrobian
GUNSTER, YOAKLEY & STEWART, P.A.
One Independent Drive, Suite 2300
Jacksonville, FL 32202
Phone: (904) 354-1980
Primary Email: dwells@gunster.com
Primary Email: amesrobian@gunster.com
Secondary Email: dculmer@gunster.com
Secondary Email: awinsor@gunster.com

*Counsel for Defendant CSX Transportation, Inc. pursuant to
the Notices of Appearance entered in each case*

/s/ Tyrone R. Childress
Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar # 1034352)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2589
E-mail: tchildress@jonesday.com
E-mail: kbryan@jonesday.com

M. Majoras (D.C. Bar # 474267)
Kristen Lejnieks (D.C. Bar # 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
E-mail: jmmajoras@jonesday.com
E-mail: kalejnieks@jonesday.com

/s/ Daniel M. Wall
Daniel M. Wall
Timothy L. O'Mara
Tyler Young
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Allyson M. Maltas (D.C. Bar No. 494566)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
allyson.maltas@lw.com

| | |
|---|---|
| */s/ Matthew M. Collette* | |
| Matthew M. Collette (D.C. Bar No. 427167) | Leonard A. Gail |
| Kathryn A. Robinette (D.C. Bar No. 1659218) | Illinois State Bar No. 6199745 |
| MASSEY & GAIL LLP | Massey & Gail LLP |
| 1000 Maine Ave. SW, Suite 450 | 50 E. Washington Street, Suite 400 |
| Washington, DC 20024 | Chicago, IL 60602 |
| Phone: (202) 795-3326 | Phone: (312) 283-1590 |
| Fax: (312) 379-0467 | Fax: (312) 379-0467 |
| mcollette@masseygail.com | lgail@masseygail.com |
| krobinette@masseygail.com | |

*Counsel for Defendant Union Pacific Railroad Company pursuant to the Notices of Appearance entered in each case*