**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to:<br><br>*CHS Inc. v. Union Pacific Railroad Company, et al.*, No. 1:21-cv-02017-BAH (D.D.C.) | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**APPEARANCE OF COUNSEL** |

1

**APPEARANCE OF COUNSEL**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, pursuant to the Court's Initial Practice and Procedure Order, MDL Docket No. 2925, Dkt. No. 10, § 4.b.  I appear in the following case as counsel for Defendant CSX Transportation, Inc.:

   (1)   *CHS Inc. v. Union Pacific Railroad Company, et al.*, No. 1:21-cv-02017-BAH (D.D.C.)

Dated:  August 31, 2021                              Respectfully submitted,


                                                     By: */s/ Luke van Houwelingen*
                                                     Luke van Houwelingen (D.C. Bar No. 989950)
                                                     CROWELL & MORING LLP
                                                     1001 Pennsylvania Avenue, N.W.
                                                     Washington, D.C. 20004
                                                     (t) 202.624.2500
                                                     (f) 202.628.5116
                                                     LvanHouwelingen@crowell.com

                                                     *Counsel for Defendant CSX Transportation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed the foregoing Defendant CSX Transportation, Inc.'s Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

*/s/ Luke van Houwelingen*
Luke van Houwelingen
