## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE: RAIL FREIGHT FUEL
SURCHARGE ANTITRUST LITIGATION
(NO. II)

This document relates to:
ALL CASES

MDL Docket No. 2925
Misc. No. 20-8 (BAH)

## JOINT STATUS REPORT

Pursuant to the Court's July 6, 2021 Memorandum and Order, the parties submit this Joint

Status Report "regarding the status of this litigation, including the numbers of depositions noticed,

completed, and anticipated." Mem. and Order 5, ECF No. 676 (July 6, 2021).

### I.      Additional Actions

Since the parties' November 30, 2021 Joint Status Report, ECF No. 753, no additional

actions have been filed and identified as tag-along cases for potential consolidation with this

MDL. Accordingly, the current number of cases in this MDL remains at 106.

### II.      Status of Written Discovery and Document Production

Other than in certain more recently-filed actions that are in the process of finalizing

custodians and search terms and proceeding to document production, the parties have

substantially completed document productions.[1]

---

[1]  On both the Plaintiff and Defendant sides, there continue to be supplemental document productions as additional
documents are located.

Plaintiffs previously served a Joint Set of Interrogatories on Defendants, and Defendants served a Joint Set of Interrogatories on Plaintiffs.  Several Plaintiffs have served additional interrogatories on Defendants.

### III.    Status of Depositions

#### A. Fact Witness Depositions Taken By Defendants

As noted in the November 30, 2021 Joint Status Report, the parties reached agreement on the group assignments for the depositions of Plaintiff witnesses.  In accordance with this deposition scheduling plan, the parties have been working on scheduling and taking depositions for cases in Groups 5 and 6, as well as any remaining depositions for Groups 1-4.  As stated in the parties' September 7, 2021 Joint Status Report, ECF No. 732, the groupings for Plaintiff witnesses are:

- Group 1: July 19, 2021 – August 27, 2021
- Group 2: August 30, 2021 – October 8, 2021
- Group 3: October 11, 2021 – November 19, 2021
- Group 4: November 22, 2021 – January 14, 2021
- Group 5: January 17, 2022 – February 25, 2022
- Group 6: February 28, 2022 – May 6, 2022
- Group 7: May 9, 2022 – June 17, 2022
- Group 8: June 20, 2022 – July 29, 2022
- Group 9: August 1, 2022 – September 9, 2022

***Number of Depositions***: As of the date of this filing, Defendants have taken 125 depositions.  Defendants have 44 additional depositions of Plaintiff witnesses currently scheduled and 5 previously scheduled depositions are being rescheduled.  So far, Defendants have been taking depositions for the 59 Plaintiffs in Groups 1 through 5.  Starting on January 7, 2022, Defendants sent their lists of proposed deponents for the 17 Plaintiffs in Group 6, for which depositions are scheduled to begin on February 28.  The parties have begun scheduling

these Group 6 depositions, as well as any remaining depositions for Groups 1 through 5.  There are 44 remaining Plaintiffs in Groups 7 through 9.

To date, Defendants have subpoenaed or are in the processing of trying to subpoena approximately 35 former employee witnesses after being informed that the Plaintiff was unable to locate or get the former employee to respond, or where the Plaintiff does not anticipate representing the witness.  This process requires time and effort by both sides.

*30(b)(6) Depositions*:  At Plaintiffs' request, on August 5, 2021, Defendants provided Plaintiffs with a draft of potential topics they were considering for 30(b)(6) depositions.  On August 26, 2021, Plaintiffs provided Defendants a summary of their responses and objections to these draft 30(b)(6) topics.  After meeting and conferring extensively with Plaintiffs' liaison counsel, Defendants informed Plaintiffs on October 21, 2021, that they intend to serve Rule 30(b)(6) notices that are tailored to each case, beginning with Groups 1 and 2.  Defendants told Plaintiffs that they are prepared to meet and confer with individual Plaintiffs, to the extent necessary, once Defendants serve the tailored Rule 30(b)(6) notices.

To date, Defendants have taken one Rule 30(b)(6) deposition and have provided lists of intended Rule 30(b)(6) topics to Plaintiffs in four other cases.  The one Rule 30(b)(6) deposition held was on a second consecutive day after the Plaintiff witness had sat for a deposition as a fact witness, for a total of 5 hours and 15 minutes across both depositions.  The parties have also deferred approximately 13 Plaintiff 30(b)(1) depositions so that the depositions of these witnesses can be coordinated with 30(b)(6) depositions of those Plaintiffs.  The parties are committed to continuing to cooperatively work through this process so that depositions of Plaintiffs' witnesses can be scheduled and completed as efficiently as possible.

### B. Fact Witness Depositions Taken By Plaintiffs

*Number of Depositions*:  As stated in the June 14, 2021 Joint Status Report, Plaintiffs provided Defendants with a list of approximately 50 potential Defendant deponents on June 2, 2021.  Plaintiffs represented to Defendants that they have since spent considerable time working in their commodity groups to refine the list of Defendant deponents.  On November 18, 2021, Plaintiffs provided Defendants a list of 30 initial 30(b)(1) deponents and requested dates to depose them within the first quarter of 2022.  As with the Plaintiff depositions, a large portion of these depositions involve former employees.  Plaintiffs have also stated that there could be additional depositions that Plaintiffs might conduct.

Defendants asked Plaintiffs to provide additional information regarding the length of time Plaintiffs were requesting for each deposition.  Defendants also asked Plaintiffs to identify which Plaintiffs are seeking to depose each witness so that Defendants can staff the depositions appropriately, avoid conflict issues, and prepare the fact witnesses.  In response to these requests, Plaintiffs responded via letter on December 17, 2021, and provided the commodity group(s), Plaintiff names, and Plaintiffs' counsel names that Plaintiffs associated with each of the requested deponents.  Plaintiffs also requested that Defendants schedule two consecutive days for each proposed deponent.  In a January 19, 2022, follow-up letter, Plaintiffs stated they would endeavor to provide 21 days' advance notice if they seek to depose a witness for a period other than the proposed two-day period.

The parties continue to meet and confer regarding these issues and have also discussed in their meet and confers a potential stipulation regarding deposition objections to address the application of objections by one counsel of a Defendant or Plaintiff to apply to all cases.

4

Defendants have recently provided dates for 18 of the 29[2] requested witnesses.  With respect to the remaining 11 witnesses, Defendants have raised specific issues with Plaintiffs regarding the appropriateness of these depositions or are working to identify two-day windows of availability for scheduling, while continuing to meet and confer with Plaintiffs on the appropriate length of time for any particular deposition.  As part of this process, Defendants have stated that they are taking into account whether a requested deponent may also serve as a Rule 30(b)(6) witness.  Defendants have proposed deposition dates between March 15 and May 25.

*30(b)(6) Depositions*: Plaintiffs' November 18, 2021, letter indicated that Plaintiffs planned to coordinate Rule 30(b)(1) and Rule 30(b)(6) topics to the extent possible.  Defendants asked Plaintiffs to identify their potential 30(b)(6) topics to facilitate such coordination, just as Defendants identified draft topics for Plaintiffs.  Plaintiffs disagree that Defendants require advance notice of 30(b)(6) topics in order to schedule the requested fact depositions.

Plaintiffs have been diligently working to coordinate Plaintiffs' depositions of Defendants deponents including coordinating on what topics, if any, are needed by any or all Plaintiffs regarding Rule 30(b)(6) depositions of Defendants.  In light of Defendants' request for Rule 30(b)(6) topics, Plaintiffs provided Defendants a list of possible Rule 30(b)(6) topics on February 2, 2022.  Plaintiffs stated that they do not expect every Plaintiff to take testimony on each of these topics and that some Plaintiffs may only seek a subset of topics and others may forego Rule 30(b)(6) testimony.  On February 10, 2022, Defendants provided draft objections to Plaintiffs' draft Rule 30(b)(6) topics.  Plaintiffs responded with revised draft topics on February 17, 2022, and the parties are discussing whether other forms of discovery can be used to obtain

---

[2]  Plaintiffs subsequently agreed to defer one of the requested 30 deponents.

information about topics that Plaintiffs originally included in their list of draft topics.  The parties

continue to meet and confer regarding Plaintiffs' 30(b)(6) topics.

*       *       *

The parties will continue their weekly meet and confers and other correspondence on

scheduling and taking fact and Rule 30(b)(6) depositions and will continue to diligently attempt

to avoid burdening the Court with discovery disputes.  Based on the scope of discovery served

by each side thus far, the parties anticipate completing fact discovery within the timeframe set in

the Court's modified Scheduling Order.  Mem. and Order 4, ECF No. 676 (July 6, 2021).[3]  If the

parties' current assessment changes based on case developments, they will promptly bring this

issue to the Court's attention.  The parties do not believe that they have any issues that are ripe

for the Court's guidance or relief and are not requesting a status conference at this time.


Dated:  February 22, 2022


*/s/ Alden L. Atkins*
Craig P. Seebald (D.C. Bar No. 438968)
Alden L. Atkins (D.C. Bar No. 00393922)
Lindsey R. Vaala (D.C. Bar No. 974770)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
(202) 639-6500
(202) 639-6604 (Facsimile)
cseebald@velaw.com

---

[3] Defendants' view is based on the assumption that the issues discussed above are resolved promptly and their resolution does not materially expand the scope of discovery.  Plaintiffs do not agree that resolution of these issues would justify delay to the existing schedule.

aatkins@velaw.com
lvaala@velaw.com

*/s/ John H. LeSeur*
John H. LeSeur (D.C. Bar No. 293357)
Frank J. Pergolizzi (D.C. Bar No. 405174)
Peter A. Pfohl (D.C. Bar No. 456854)
Daniel M. Jaffe (D.C. Bar No. 461185)
SLOVER & LOFTUS LLP
1224 Seventeenth Street NW
Washington, D.C. 20036
(202) 347-7170
(202) 347-3619 (Facsimile)
jhl@sloverandloftus.com
fjp@sloverandloftus.com
pap@sloverandloftus.com
dmj@sloverandloftus.com

*Attorneys for Plaintiffs AK Steel
Corporation; Bel-Ray Company, LLC;
Calumet Branded Products, LLC; Calumet
Cotton Valley Refining, LLC; Calumet
Dickinson Refining, LLC; Calumet Karns
City Refining, LLC; Calumet Montana
Refining, LLC; Calumet Operating, LLC;
Calumet Princeton Refining; LLC; Calumet
Refining, LLC; Calumet Shreveport
Refining, LLC; Calumet Specialty Products
Partners, L.P.; CF Industries, Inc.;
Dairyland Power Cooperative; Dyno Nobel,
Inc.; Entergy Arkansas, LLC; Entergy
Louisiana, LLC; Exelon Generation
Company, LLC; Kurlin Company, LLC;
NorFalco LLC; NorFalco Sales; North Star
BlueScope Steel LLC; Steelscape, LLC; and
Wisconsin Electric Power Company*

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Brian A. Ratner
Sathya S. Gosselin
Melinda R. Coolidge
Swathi Bojedla
Theodore F. DiSalvo
Halli E. Spraggins
HAUSFELD LLP

*/s/ Stephen R. Neuwirth*
Stephen R. Neuwirth
Sami H. Rashid
Viola Trebicka
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

7

888 16th Street, NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
bratner@hausfeld.com
sgosselin@hausfeld.com
mcoolidge@hausfeld.com
sbojedla@hausfeld.com
tdisalvo@hausfeld.com
hspraggins@hausfeld.com

Seth R. Gassman
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
sgassman@hausfeld.com


*Attorneys for American Honda Motor Co.,
Inc.; BMW Manufacturing Co., LLC and BMW
of North America, LLC; Boise Cascade
Company; Central Transport International,
Inc., Central Transport, Inc., Logistics Insight
Corp., and Transport Communications Systems
II, L.L.C.; CONSOL Energy, Inc.; CRH
Americas, Inc., Preferred Materials, Inc., Ash
Grove Cement Company, The Shelly Company,
Big River Industries, Inc., Oldcastle APG West,
Inc., and Pennsy Supply Inc.; Crowley Maritime
Corporation, Crowley Logistics, Inc., and
Crowley Liner Services, Inc.; Grand River Dam
Authority; J.R. Simplot Co.; Lansing Board of
Water & Light; Linde AG; Praxair, Inc.; Lotte
Global Logistics (North America), Inc.;
Louisiana-Pacific Corporation; Lyondell
Chemical Company; LyondellBasell Acetyls,
LLC; Equistar Chemicals, LP; MillerCoors,
LLC; Newell Recycling Southeast, LLC;
Peabody Investments Corporation, Peabody
Energy Corporation, Peabody Natural
Resources Company, Peabody Midwest Mining
LLC, Peabody Powder River Mining LLC,
Peabody Coulterville Mining, LLC, Peabody
Coalsales, LLC f/k/a Coalsales, LLC, Coalsales*

Facsimile: (212) 849-7100
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com
violatrebicka@quinnemanuel.com

*Attorneys for Plaintiffs Alcoa Corporation,
Arconic, Inc.; Alcoa Fuels, Inc.; Alcoa Power
Generating, Inc.; Eastalco Aluminum
Company; Intalco Aluminum, LLC; Reynolds
Metal Company; Alcoa World Alumina, LLC;
Alumax Mill Products, Inc.; The
Amalgamated Sugar Company, LLC;
American Rock Salt Company LLC; AP
Møller – Mærsk A/S; Mærsk Inc.; Maersk
Line UK Limited; Axiall Corporation; Axiall,
LLC; Westlake Styrene LLC; Westlake
Petrochemicals LLC; Westlake Polymers
LLC; Westlake Vinyls Inc.; Westlake Vinyls
Company LP; WPT LLC; Westlake Longview
Corporation; Westlake Management
Services, Inc.; BASF Corporation; BASF
Catalysts LLC; Cognis USA LLC; ProCat
Testing LLC; California Steel Industries,
Inc.; Campbell Soup Supply Company
L.L.C.; Campbell Company of Canada;
Campbell FoodService Company; Joseph
Campbell Company; CertainTeed LLC;
Saint-Gobain Ceramics & Plastics, Inc.; Bird
Incorporated' CertainTeed Canada, Inc.;
CertainTeed Gypsum & Ceiling
Manufacturing, Inc.; CertainTeed Gypsum
Manufacturing, Inc.; CertainTeed Gypsum
NC, Inc.; CertainTeed Gypsum West
Virginia, Inc.; CertainTeed Gypsum, Inc.;
CertainTeed Ceilings Corporation;
CertainTeed Gypsum and Ceilings USA, Inc.;
Coffeyville Resources Nitrogen Fertilizers,
LLC; Coffeyville Resources Refining &
Marketing, LLC; Wynnewood Refining
Company, LLC; East Dubuque Nitrogen
Fertilizers, LLC; ConAgra Brands, Inc. f/k/a/
ConAgra Foods, Inc.; Virginia Electric and
Power Company,: Dominion Energy Fuel
Services, Inc.; Dominion Energy South
Carolina, Inc.; Duke Energy Carolinas, LLC;
Duke Energy Florida, LLC; Duke Energy*

II, LLC f/k/a Peabody Coalsales Company, Peabody Coaltrade, LLC f/k/a Coaltrade, LLC and Peabody Coaltrade, Inc., Twentymile Coal, LLC f/k/a Twentymile Coal Company; American Land Holdings of Illinois, LLC; American Land Holdings of Indiana, LLC; Peabody Electricity, LLC; Roseburg Forest Products Co.; Sims Group USA Holdings Corporation (f/k/a Sims Hugo Neu Corporation), Metal Management, Inc., Simsmetal East LLC (f/k/a Sims Hugo Neu East LLC and Hugo Neu Schnitzer East), Metal Management Northeast, Inc., Metal Management Pittsburgh, Inc., SMM New England Corporation (f/k/a Metal Management Connecticut, Inc.), SMM Southeast LLC, Metal Management Midwest, Inc., Metal Management Indiana, Inc., Metal Management Ohio, Inc., Sims Southwest Corporation (f/k/a Proler Southwest LP and Proler Southwest Corporation), SMM South Corporation (f/k/a Metal Management Alabama, Inc.), Metal Management Memphis, L.L.C., Sims Group USA Corporation, Simsmetal West LLC (f/k/a Sims Hugo Neu West LLC), and Schiabo Larovo Corporation; Suzuki Motor of America, Inc., Suzuki Motor USA, LLC; TMS International, LLC; Total Petrochemicals & Refining USA, Inc.; Trammo, Inc.; Transrail, Inc.; Tropicana Products, Inc., Frito-Lay, Inc., and Bottling Group, LLC operating as Pepsi Beverages Company; U.S. Silica Co.

*/s/ William J. Blechman*
Robert D. W. Landon, III
Richard Alan Arnold
William J. Blechman

Progress, LLC; Duke Energy Indiana, LLC; Duke Energy Kentucky, LLC; Duke Energy Ohio, LLC; Progress Fuels, LLC; DEGS of Narrows, LLC; Duke Energy Generation Services, Inc.; Eastman Chemical Company; Solutia Inc.; Taminco Corporation; Exxon Mobil Corporation; ExxonMobil Oil Corporation; ExxonMobil Global Services Company; Imperial Oil; Imperial Oil Limited; Canada Imperial Oil Limited; Grain Craft, Inc.; Southeastern Mills, Inc.; Hyundai Motor America, Inc.; IPSCO Tubulars Inc.; IPSCO Koppel Tubulars, LLC; IPSCO Tubulars (KY), LLC; TMK NSG, LLC; Keystone Fuels, LLC; Conemaugh Fuels, LLC; Kia Motors America, Inc.; Lafarge North America, Inc., Holcim (US) Inc.; Aggregate Industries Management, Inc.; Aggregate Industries - SWR, Inc.; Aggregate Industries - WCR, Inc.; Aggregate Industries Northeast Region, Inc.; Aggregate Industries - MWR, Inc.; Bardon, Inc. (dba Aggregate Industries Mid-Atlantic Region); Cement Transport, LTD; Geocycle LLC; Systech Environmental Corporation; Lafarge PNW, Inc.; Lattimore Materials Corp.; Mercedes-Benz USA, LLC; Motiva Enterprises LLC; NLMK USA, Inc.; NLMK Pennsylvania, LLC; Sharon Coating, LLC; NOVA Chemicals, Inc.; NOVA Chemicals Corporation; NOVA Chemicals (Canada) Ltd.; Old World Industries, LLC; PCS Sales (USA), Inc.; Agrium (U.S.), Inc.; PCS Phosphate Company, Inc.; White Springs Agricultural Chemicals, Inc; PCS Nitrogen, Inc.; Phillips 66 Company; Shell Chemical LP, Shell Chemicals Canada (f/k/a Shell Chemicals Canada Ltd.) by its managing partner Shell Canada Ltd.; Pennzoil-Quaker State Company (formerly d/b/a SOPUS Products); Shell Trading (US) Company; Equilon Enterprises LLC (d/b/a Shell Oil Products US or SOPUS); Talen Energy Supply, LLC f/k/a PPL Energy Supply, LLC, on behalf of itself and its subsidiaries and affiliates; Talen Energy Marketing, LLC f/k/a

Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli
Joshua B. Gray
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
E-mail: rlandon@knpa.com
raa@knpa.com
wblechman@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com
jgray@knpa.com

*Attorneys for Plaintiffs Cemex, Inc.,
Clearwater Paper Corporation, The Goodyear
Tire & Rubber Company, Kraft Heinz Foods
Company, Lehigh Hanson, Inc., PotlatchDeltic
Corporation, Rayonier Advanced Materials
Inc., Sterling Steel Company LLC., UPM-
Kymmene, Inc., and Unilever ASCC AG*

*PPL EnergyPlus, LLC; Talen Generation,
LLC f/k/a PPL Generation, LLC (successor
in interest to PPL Coal Supply, LLC); Talen
Montana, LLC f/k/a PPL Montana, LLC;
Martins Creek, LLC f/k/a PPL Martins
Creek, LLC; Brunner Island, LLC f/k/a PPL
Brunner Island, LLC; Montour, LLC f/k/a
PPL Montour, LLC; United Parcel Service,
Inc., an Ohio Corporation; UPS Ground
Freight, Inc.; Vulcan Materials Company;
Legacy Vulcan, LLC; Florida Rock
Industries, Inc.; Atlantic Granite LLC;
CalMat Co.; Vulcan Aggregates Company,
LLC; Vulcan Construction Materials, LLC;
Fulton Concrete Company, LLC; McCartney
Construction Company, Inc.; Calhoun
Asphalt Company, Inc.; Harper Brothers,
LLC; Virginia Concrete Company, LLC;
Azusa Rock, LLC; Triangle Rock Products,
LLC; Aggregates USA, LLC; Chem-Marine
Corporation of South Carolina; DMG
Equipment Company, LLC; R. C. Smith
Companies, LLC; Aggregates USA (Macon),
LLC; Aggregates USA (Savannah), LLC;
Aggregates USA (Sparta), LLC; WestRock
Company; WestRock Coated Board, LLC;
WestRock Virginia, LLC; WestRock Texas,
L.P.; WestRock CP, LLC; WestRock –Rex,
LLC; WestRock Southeast, LLC; WestRock
Northwest, LLC; WestRock Mill Company,
LLC; WestRock – Solvay, LLC; WestRock
Minnesota Corporation; WestRock Kraft
Paper, LLC; WestRock Container, LLC;
WestRock Longview, LLC; Smurfit-Stone
Container Canada Inc.; The J.M. Smucker
Company; General Motors LLC; Kennecott
Utah Copper LLC; U.S. Borax Inc.; and Rio
Tinto Energy America Inc.*

*/s/ David C. Eddy*
David C. Eddy (DC Bar No. 250712)
Dennis J. Lynch (admitted *pro hac vice*)
Travis C. Wheeler (DC Bar No. 484023)
Chase C. Keibler (admitted *pro hac vice*)

*/s/ Joseph M. Vanek*
Joseph M. Vanek
David P. Germaine (admitted *pro hac vice*)
Martin Amaro (*pro hac vice* forthcoming)
SPERLING & SLATER, P.C.

10

NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, S.C. 29201
Tel: (803) 771-8900
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com
ckeibler@nexsenpruet.com

*Attorneys for Plaintiffs Domtar Corporation;
Ford Motor Company; South Carolina Public
Service Authority; Anheuser-Busch, LLC;
Anheuser-Busch Companies, LLC; Nestlé
Purina PetCare Company; and Nestlé USA,
Inc.*

*/s/ Adam Carlis*
Geoffrey L. Harrison
Shawn Raymond
Adam Carlis
Alexandra Foulkes Grafton
Scott T. Glass
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 651-9366
gharrison@susmangodfrey.com
sraymond@susmangodfrey.com
acarlis@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com
sglass@susmangodfrey.com

Raj Mathur
SUSMAN GODFREY, L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 729-2051
rmathur@susmangodfrey.com

*Attorneys for Arkema Inc.; ArrMaz Products
Inc.; Boise Cascade Company; CONSOL
Energy, Inc.; CRH Americas, Inc., Preferred
Materials, Inc., Ash Grove Cement Company,
The Shelly Company, Big River Industries, Inc.,
Oldcastle APG West, Inc., and Pennsy Supply*

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jvanek@sperling-law.com
dgermaine@sperling-law.com
mamaro@sperling-law.com

*Attorneys for Plaintiffs Kellogg Company
and Mitsubishi Motors North America, Inc.*

*/s/ Sandra L. Brown*
Sandra L. Brown (D.C. Bar No. 452988)
David A. Wilson (D.C. Bar No. 430400)
David E. Benz (D.C. Bar No. 485868)
Joe Smith (D.C. Bar. No. 1010223)
THOMPSON HINE LLP
1919 M Street N.W. Suite 700
Washington, D.C. 20036
Tel: (202) 331-8800
Fax: (202) 331-8330
sandra.brown@thompsonhine.com
david.wilson@thompsonhine.com
david.benz@thompsonhine.com
joe.smith@thompsonhine.com

Robert F. Ware
Jennifer S. Roach
THOMPSON HINE LLP
127 Public Square, Suite 3900
Cleveland, Ohio 44114
Tel: (216) 566-5500
Fax: (216) 566-5800
rob.ware@thompsonhine.com
jennifer.roach@thompsonhine.com

*Attorneys for Plaintiffs Alabama Power
Company, Georgia Power Company and
Mississippi Power Company; Northern
Indiana Public Service Company LLC; and*

Inc.; Crowley Maritime Corporation, Crowley Logistics, Inc., and Crowley Liner Services, Inc.; Grand River Dam Authority; J.R. Simplot Co.; Lansing Board of Water & Light; Lotte Global Logistics (North America), Inc.; Lyondell Chemical Company; LyondellBasell Acetyls, LLC; Equistar Chemicals, LP; MillerCoors, LLC; Peabody Investments Corporation, Peabody Energy Corporation, Peabody Natural Resources Company, Peabody Midwest Mining LLC, Peabody Powder River Mining LLC, Peabody Coulterville Mining, LLC, Peabody Coalsales, LLC f/k/a Coalsales, LLC, Coalsales II, LLC f/k/a Peabody Coalsales Company, Peabody Coaltrade, LLC f/k/a Coaltrade, LLC and Peabody Coaltrade, Inc., Twentymile Coal, LLC f/k/a Twentymile Coal Company; American Land Holdings of Illinois, LLC; American Land Holdings of Indiana, LLC; Peabody Electricity, LLC; Roseburg Forest Products Co.; Sims Group USA Holdings Corporation (f/k/a Sims Hugo Neu Corporation), Metal Management, Inc., Simsmetal East LLC (f/k/a Sims Hugo Neu East LLC and Hugo Neu Schnitzer East), Metal Management Northeast, Inc., Metal Management Pittsburgh, Inc., SMM New England Corporation (f/k/a Metal Management Connecticut, Inc.), SMM Southeast LLC, Metal Management Midwest, Inc., Metal Management Indiana, Inc., Metal Management Ohio, Inc., Sims Southwest Corporation (f/k/a Proler Southwest LP and Proler Southwest Corporation), SMM South Corporation (f/k/a Metal Management Alabama, Inc.), Metal Management Memphis, L.L.C., Sims Group USA Corporation, Simsmetal West LLC (f/k/a Sims Hugo Neu West LLC), and Schiabo Larovo Corporation; Suzuki Motor of America, Inc., Suzuki Motor USA, LLC; TMS International, LLC; Total Petrochemicals & Refining USA, Inc.; Trammo, Inc.; Transrail, Inc.; Tropicana Products, Inc., Frito-Lay, Inc., and Bottling Group, LLC operating as Pepsi Beverages Company; U.S. Silica Co.

Union Electric Company d/b/a Ameren Missouri and Ameren Development Company

/s/ Kristopher S. Davis
Kristopher S. Davis (CA #193452)
George T. Caplan (CA #043821)
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel:  (310) 203-4000
Fax:  (310) 229-1285
kristopher.davis@faegredrinker.com
george.caplan@faegredrinker.com

William L. Roberts (MN # 0212763)
Jonathan W. Dettmann (MN # 0265032)
Craig S. Coleman (MN # 0325491)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel:  (612) 766-7000
Fax:  (612) 766-1600
william.roberts@faegredrinker.com
jon.dettmann@faegredrinker.com
craig.coleman@faegredrinker.com

Attorneys for Plaintiffs American Zinc Recycling Corp., Ascend Performance Materials Operations LLC, Ingredion Incorporated, The Heritage Group dba Asphalt Refining Company, Asphalt Materials, Inc., Bituminous Materials and Supply, L.P., Emulsicoat, Inc., Laketon Refining Corporation, Heritage Environmental Services, LLC, Rineco Chemical Industries, LLC, Heritage Transport, LLC, Pizo Operating Company, LLC, and CHS Inc.

*/s/Kirk T. May*
Kirk T. May
William D. Beil
GM LAW PC
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
PH: 816-471-7700
FX: 816-471-2221
Email: kirkm@ gmlawpc.com
Email: billb@ gmlawpc.com

David B. Helms
GM LAW PC
8000 Maryland Avenue, Suite 1060
Clayton, Missouri 63105
PH: 314-474-1750
FX: 816-471-2221
Email: davidh@gmlawpc.com

*Attorneys for Plaintiffs*
*Lansing Ethanol Services, LLC, et al.*

*/s/ Eric S. Hochstadt*
David J. Lender (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
Luna Barrington (admitted *pro hac vice*)
Sarah Ryu (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
david.lender@weil.com
eric.hochstadt@weil.com
luna.barrington@weil.com
sarah.ryu@weil.com

Carrie C. Mahan (D.C. Bar No. 459802)
WEIL, GOTSHAL & MANGES LLP
2001 M. Street NW #600
Washington, DC 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940
carrie.mahan@weil.com

*Attorneys for Plaintiffs Cleveland-Cliffs*
*Steel LLC (f/k/a ArcelorMittal USA LLC)*
*and ArcelorMittal Dofasco G.P.*

*/s/ Benjamin D. Brown*
Benjamin D. Brown (D.C. Bar No. 495836)
Robert A. Braun (D.C. Bar No. 1023352)
Leonardo Chingcuanco (D.C. Bar No. 1719708)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue,
N.W. Fifth Floor
Washington, D.C. 20005
Tel: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
lchingcuanco@cohenmilstein.com

*/s/ Edward D. Hassi*
Edward D. Hassi (D.C. Bar No. 1026776)
Leah S. Martin (D.C. Bar No. 1029757)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383 8118
E-mail: thassi@debevoise.com
lmartin@debevoise.com

Michael Schaper, Esquire
Tristan M. Ellis, Esquire
DEBEVOISE & PLIMPTON LLP

13

Attorneys for Plaintiffs Kawasaki Kisen
Kaisha, Ltd., "K" Line America, Inc., Yang
Ming Marine Transport Corp., Yang Ming
(America) Corp., Nippon Yusen Kabushiki
Kaisha, NYK Line (North America) Inc.,
Mitsui O.S.K. Lines, Ltd., and MOLAM
Legacy, Inc.


/s/ James P. Denvir
James P. Denvir (D.C. Bar No.  284554)
Scott E. Gant (D.C. Bar No. 455392)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Phone 202 237 2727
Fax 202 237 6131
jdenvir@bsfllp.com
sgant@bsfllp.com

Stuart H. Singer (pro hac vice)
James Grippando (pro hac vice)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida  33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
jgrippando@bsfllp.com

Attorneys for Plaintiffs Domino Foods, Inc.,
E.I. du Pont de Nemours and Company, and
The General Electric Company


/s/ Frank M. Lowrey IV
Frank M. Lowrey IV (pro hac vice)
lowrey@bmelaw.com
Tiana S. Mykkeltvedt (pro hac vice)
mykkeltvedt@bmelaw.com
Matthew R. Sellers
sellers@bmelaw.com
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, N.E., Suite 3900
Atlanta, Georgia 30309

919 Third Avenue
New York, NY 10022
Tel: (212) 909 6000
Fax: (212) 909 6836
mschaper@debevoise.com
tmellis@debevoise.com

Attorneys for Plaintiffs Toyota Motor
Sales, U.S.A., Inc. and Toyota Canada Inc.


/s/ Nathan P. Eimer
Nathan P. Eimer (pro hac vice)
Daniel D. Birk (pro hac vice)
Susan Razzano (pro hac vice)
Benjamin Waldin (D.D.C. Bar No. IL0061)
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
neimer@eimerstahl.com
dbirk@eimerstahl.com
srazzano@eimerstahl.com
bwaldin@eimerstahl.com

Ryan J. Walsh (D.C. Bar No. 1029407)
EIMER STAHL LLP
10 East Doty Street
Suite 800
Madison, WI 53703
Telephone: (608) 441-5798
Fax: (608) 441-5707
Email: rwalsh@eimerstahl.com

Attorneys for Plaintiffs The Dow Chemical
Company, Union Carbide Corporation,
Amerchol Corporation, Umetco Minerals
Corporation, Gerdau Ameristeel
Corporation, Gerdau Ameristeel US Inc.,
Gerdau Ameristeel Perth Amboy Inc.,
Gerdau Ameristeel Sayreville Inc.,
Chaparral Steel Company, Chaparral Steel
Midlothian, LP, Chaparral (Virginia) Inc.,
Sheffield Steel Corporation, Gerdau

Tel: (404) 881-4100
Fax: (404) 881-4111

*Attorneys for Plaintiff The General Electric Company*

/s/ Michael C. Dell'Angelo
Michael C. Dell'Angelo
Michael J. Kane
H. Laddie Montague, Jr.
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net
mkane@bm.net
hlmontague@bm.net
mwallin@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
(202) 559-9745
dwalker@bm.net

*Attorneys for Plaintiffs High Level Management Venturers, Century Aluminum Company, Century Aluminum of Kentucky, GP, NSA, GP, Century Aluminum of West Virginia, Inc., Century Aluminum of South Carolina, Inc., Andre M. Toffel, Trustee, on behalf of New Wei, Inc., et al., jointly administered bankruptcy estates, and ABF Freight System Inc.*

/s/ Leo D. Caseria
Leo D. Caseria (DC Bar No. 1655936)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006-6801
Tel. (202) 747-1925

*Macsteel, Inc., International Paper Company, GenOn Energy Management, LLC, GenOn Power Midwest LP, and GenOn REMA, LLC*

/s/ Daniel B. Goldman
Daniel B. Goldman
Steven S. Sparling
Daniel Lennard
Zachary C. Naidich
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
dgoldman@kramerlevin.com
ssparling@kramerlevin.com
dlennard@kramerlevin.com
znaidich@kramerlevin.com

*Attorneys for Plaintiffs The Procter & Gamble Company, The Procter & Gamble Distributing LLC, The Procter & Gamble Manufacturing Company, The Procter & Gamble Paper Products Company, Tronox Inc., and Tronox US Holdings Inc.*

/s/ Ronald J. Aranoff
Ronald J. Aranoff
Fletcher W. Strong
William J. Hagan
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110

Fax (202) 747-1901
lcaseria@sheppardmullin.com

Helen C. Eckert
Joy O. Siu
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
heckert@sheppardmullin.com
jsiu@sheppardmullin.com

*Attorneys for Plaintiff CalPortland Company*

Tel: (212) 382-3300
Fax: (212) 382-0050
raranoff@wmd-law.com
fstrong@wmd-law.com
whagan@wmd-law.com

*Attorneys for Plaintiff Air Products
and Chemicals, Inc.*

*/s/ Conte C. Cicala*
Conte C. Cicala (CA Bar No. 173554)
Clyde & Co US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
conte.cicala@clydeco.us

*Attorneys for Plaintiff Mitsui O.S.K. Lines,
Ltd. and MOLAM Legacy, Inc.*

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz
E. Martin Estrada
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100
Glenn.Pomerantz@mto.com
Martin.Estrada@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor

*/s/ Linda S. Stein*
Linda S. Stein (D.C. Bar No. 376217)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: (202) 429-3000
lstein@steptoe.com
mbfox@steptoe.com

Jacobus P. van der Ven (D.C. Bar No. 1644774)
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW, 7th Floor

16

San Francisco, CA 94105
Phone: (415) 512-4000
Ben.Horwich@mto.com

Washington, DC 20004
Phone: (202) 220-1100
Jacobus.vanderVen@mto.com

*Counsel for Defendant BNSF Railway Company pursuant to the*
*Notices of Appearance entered in each case*

/s/ Juan A. Arteaga
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Juan A. Arteaga
Mara R. Lieber
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com
MLieber@crowell.com

/s/ David M. Wells
David M. Wells
Anne Coxe Mesrobian
GUNSTER, YOAKLEY & STEWART, P.A.
One Independent Drive, Suite 2300
Jacksonville, FL 32202
Phone: (904) 354-1980
Primary Email: dwells@gunster.com
Primary Email: amesrobian@gunster.com
Secondary Email: dculmer@gunster.com
Secondary Email: awinsor@gunster.com

*Counsel for Defendant CSX Transportation, Inc. pursuant to the*
*Notices of Appearance entered in each case*

/s/ Tara L. Reinhart
Tara L. Reinhart (D.C. Bar. No. 462106)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: (202) 371-7630

Ronald K. Wray II
GALLIVAN, WHITE & BOYD P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601
Phone: (864) 271-5362
rwray@GWBlawfirm.com

tara.reinhart@skadden.com
thomas.gentry@skadden.com


*Counsel for Defendant Norfolk Southern Railway Company*


*/s/ Tyrone R. Childress*
Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar # 1034352)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2589
E-mail: tchildress@jonesday.com
E-mail: kbryan@jonesday.com

John M. Majoras (D.C. Bar # 474267)
Kristen Lejnieks (D.C. Bar # 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
E-mail: jmmajoras@jonesday.com
E-mail: kalejnieks@jonesday.com


*/s/ Daniel M. Wall*
Daniel M. Wall
Timothy L. O'Mara
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Allyson M. Maltas (D.C. Bar No. 494566)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
allyson.maltas@lw.com


*/s/ Matthew M. Collette*
Matthew M. Collette (D.C. Bar No. 427167)
Kathryn A. Robinette (D.C. Bar No. 1659218)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Phone: (202) 795-3326
Fax: (312) 379-0467
mcollette@masseygail.com
krobinette@masseygail.com

Leonard A. Gail
Illinois State Bar No. 6199745
Massey & Gail LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company pursuant to the*
*Notices of Appearance entered in each case*