# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to:<br><br>Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC, Wynnewood Refining Company, LLC, and East Dubuque Nitrogen Fertilizers, LLC v. BNSF Railway Company, et al., 1:20 cv 00361 | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |

## STIPULATION OF VOLUNTARY DISMISSAL

**WHEREAS,** Coffeyville Resources Refining & Marketing, LLC, Wynnewood Refining Company, LLC, and East Dubuque Nitrogen Fertilizers, LLC are some of the plaintiffs in the above captioned matter (collectively, "Certain Plaintiffs");

**WHEREAS**, Certain Plaintiffs agree to voluntarily dismiss their claims in the above-captioned matter against defendants, BNSF Railway Company, Union Pacific Railroad Company, CSX Transportation, Inc., and Norfolk Southern Railway Company (collectively "Defendants") without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii);

**WHEREAS**, Defendants in no way admit liability or wrongdoing;

**WHEREAS**, Defendants have not and are not providing any consideration to Certain Plaintiffs;

**WHEREAS**, Defendants consent to the voluntary dismissal of Certain Plaintiffs' claims without prejudice;

**WHEREAS**, Plaintiff Coffeyville Resources Nitrogen Fertilizers, LLC will continue to prosecute its claims;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Defendants and Certain Plaintiffs through their respective counsel(s) that Certain Plaintiffs' claims are dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs, expenses, disbursements, and attorneys' fees.

Dated: April 28, 2022                      Respectfully submitted,

                                               /s/ *Stephen R. Neuwirth*
Stephen R. Neuwirth
Sami H. Rashid
Alexandria ("Alexee") Deep Conroy
Alexandre Tschumi
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com
alexeeconroy@quinnemanuel.com
alexandretschumi@quinnemanuel.com

Viola Trebicka
Jennifer English
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
violatrebicka@quinnemanuel.com
jenniferenglish@quinnemanuel.com

Alicia Cobb
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Facsimile: (206) 905-7100
aliciacobb@quinnemanuel.com

Karl S Stern
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
711 Louisiana
Suite 500
Houston, TX 77002
Tel: 713-221-7000
Fax: 713-221-7100
karlstern@quinnemanuel.com

<div style="text-align: center;">

Michael F. McBride
VAN NESS FELDMAN LLP
1050 Thomas Jefferson St. NW, 7th floor
Washington, D.C. 20007
Telephone: (202) 298-1989
mfm@nvf.com

*Counsel for Plaintiffs Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC, Wynnewood Refining Company, LLC, and East Dubuque Nitrogen Fertilizers, LLC*

</div>

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz
E. Martin Estrada
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100
Glenn.Pomerantz@mto.com
Martin.Estrada@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Benjamin Joseph Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
415-512-4066
Fax: 415-512-4077
ben.horwich@mto.com

Jacobus P. van der Ven
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001-5369
202-220-1122
jacobus.vanderven@mto.com

*/s/ Linda S. Stein*
Linda S. Stein
Molly Bruder Fox
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: (202) 429-3000
lstein@steptoe.com
mbfox@steptoe.com

*Attorneys for Defendant BNSF Railway Company*

*/s/ Juan A. Arteaga*
Juan A. Arteaga
Mara R. Lieber
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com
MLieber@crowell.com

Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

*Attorneys for Defendant CSX Transportation, Inc.*

| | |
|---|---|
| */s/ Timothy L. O'Mara*\_\_\_\_ | */s/ Ronald K. Wray, II*\_\_\_\_ |

<div style="display: flex;">

<div>

Daniel M Wall
Kirsten Ferguson
Timothy L. O'Mara
Alicia R. Jovais
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
(415) 391-0600
Fax: (415) 395-8095
Dan.Wall@lw.com
kirsten.ferguson@lw.com
tim.o'mara@lw.com
alicia.jovais@lw.com

Allyson M. Maltas
LATHAM & WATKINS LLP
555 11th Street N.W.
Suite 1000
Washington, DC 20004
(202) 637-2200
allyson.maltas@lw.com

Srinivas Giriraj Pathmanaban
LATHAM & WATKINS LLP
140 Scott Dr
Menlo Park, CA 94025-1008
650-328-4600
giri.pathmanaban@lw.com

*Attorneys for Defendant Union Pacific Railroad Company*

</div>

<div>

Ronald K. Wray, II
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
P.O. Box 10589
Greenville, SC 29603
Telephone: (864) 271-9580
Facsimile: (864) 271-7502
rwray@gwblawfirm.com

Tara L. Reinhart (D.C. Bar. No. 462106)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
thomas.gentry@skadden.com

*Attorneys for Defendant Norfolk Southern Railway Company*

</div>

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notification of such filing to the counsel who have registered with this Court.

/s/ *Stephen R. Neuwirth*
Stephen R. Neuwirth