IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document related to:<br><br>ALL CASES | MDL Docket No. 2925<br>Misc, No. 20-8 (BAH) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), I, Ashley J. Englund, withdraw from the above-referenced cases. Defendant CSX Transportation, Inc. will continue to be represented by lawyers with Gunster, Yoakley & Stewart, PA, and has consented to my withdrawal.

Dated: September 16, 2022

                                                  Respectfully submitted,

                                                  */s/ Ashley J. Englund*
                                                  Ashley J. Englund
                                                  Florida Bar No. 1025829
                                                  GUNSTER YOAKLEY & STEWART, P.A.
                                                  1 Independent Drive, Suite 2300
                                                  Jacksonville, Florida 32202
                                                  Telephone: (904) 354-1980
                                                  Fax: (904) 354-2170
                                                  AEnglund@gunster.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2022, a copy of the foregoing document was filed with the Court's electronic filing system, which sent notification of such filing to all counsel of record.

*/s/ Ashley J. Englund*