# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)

This document relates to:

*Kellogg Company v. BSNF Railway Company, et al.*, 1:19-cv-02969

MDL Docket No. 2925
Misc. No. 20-8 (BAH)

## STIPULATION OF VOLUNTARY DISMISSAL

**WHEREAS**, Kellogg Company ("Plaintiff") is the plaintiff in the above captioned-matter;

**WHEREAS**, Plaintiff agrees to voluntarily dismiss its claims in the above-captioned matter against defendants BNSF Railway Company, CSX Transportation, Inc., Norfolk Southern Railway Company, and Union Pacific Railroad Company's (collectively, "Defendants," and together with Plaintiff, the "Parties") with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii);

**WHEREAS**, Defendants in no way admit liability or wrongdoing;

**WHEREAS**, Defendants have not and are not providing any consideration to Plaintiff;

**WHEREAS**, Defendants consent to the voluntary dismissal of this action with prejudice;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Defendants through their respective counsel(s) that this action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendants shall each bear their own costs, expenses, disbursements, and attorney's fees.

*[Signatures on follow page]*

Dated: October 25, 2022

Respectfully submitted,

/s/ *Tara L. Reinhart*
Tara L. Reinhart
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
202-371-7630
tara.reinhart@skadden.com

*Attorney for Defendant Norfolk Southern Railway Company*

/s/ *Glenn D. Pomerantz*
Glenn D. Pomerantz
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100
Glenn.Pomerantz@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Benjamin Joseph Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
415-512-4066
Fax: 415-512-4077
ben.horwich@mto.com

/s/ *Linda S. Stein*
Linda S. Stein
Molly Bruder Fox
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: (202) 429-3000
lstein@steptoe.com
mbfox@steptoe.com

*Attorneys for Defendant BNSF Railway Company*

*/s/ Juan A. Arteaga*
Juan A. Arteaga
Mara R. Lieber
CROWELL & MORING LLP
590 Madison Avenue, 20th
Floor New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com
MLieber@crowell.com

Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W. Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Eric Fanchiang
CROWELL& MORING LLP
3 Park Plaza, Flr. 20
Irvine, CA 92614
(t) 949.263.8400
(f) 949.263.8414
efanchiang@crowell.com

Julia Holden Davis
Florida Bar Number: 1006818
Derek K. Mountford
Florida Bar Number: 127172
Gunster, Yoakley & Stewart, P.A.
1 Independent Drive
Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
jholdendavis@gunster.com
dmountford@gunster.com

***Attorneys for Defendant CSX Transportation, Inc.***

*/s/ Allyson M. Maltas*
Allyson M. Maltas (Bar I.D. 494566)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201
E-mail: allyson.maltas@lw.com

Daniel M. Wall
Timothy L. O'Mara
Kirsten M. Ferguson
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
E-mail: dan.wall@lw.com
E-mail: tim.o'mara@lw.com
Email: kirsten.ferguson@lw.com

*Attorneys for Defendant Union Pacific Railroad Company*


*/s/ Joseph M. Vanek*

Joseph M. Vanek
David P. Germaine
Martin Amaro
SPERLING & SLATER, P.C.
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jvanek@sperling-law.com
dgermaine@sperling-law.com
mamaro@sperling-law.com

*Attorneys for Plaintiff Kellogg Company*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on October 25, 2022, a copy of the foregoing was served on counsel for the parties via electronic mail.

                                                  */s/ Tara L. Reinhart*
                                                Tara L. Reinhart