**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to:<br><br>*Air Products and Chemicals, Inc. v. BNSF Railway Company et al.*, 1:20-cv-1723<br><br>*Alcoa Corporation et al. v. BNSF Railway Company et al.*, 1:20-cv-375<br><br>*Amalgamated Sugar Company, LLC v. BNSF Railway Company et al.*, 1:20-cv-373<br><br>*American Rock Salt Company LLC v. BNSF Railway Company et al.*, 1:20-cv-394<br><br>*BASF Corporation et al. v. BNSF Railway Company et al.*, 1:20-cv-487<br><br>*California Steel Industries, Inc. v. BNSF Railway Company et al.*, 1:20-cv-485<br><br>*Campbell Soup Supply LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-381<br><br>*Conagra Brands, Inc. v. BNSF Railway Company et al.*, 1:20-cv-371<br><br>*Coffeyville Resources Nitrogen Fertilizers, LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-361<br><br>*Virginia Electric and Power Company et al. v. BNSF Railway Company et al.*, 1:20-cv-366<br><br>*Duke Energy Carolinas, LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-367<br><br>*Eastman Chemical Company et al. v. BNSF Railway Company et al.*, 1:20-cv-505 | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |

*ETC Sunoco Holdings LLC (f/k/a Sunoco,Inc.), et al. v. BNSF Railway Company et al.*, 1:20-cv-3279

*Exxon Mobil Corporation et al. v. BNSF Railway Company et al.*, 1:20-cv-484

*General Motors, LLC v. BNSF Railway Company et al.*, 1:21-cv-1767

*Grain Craft, Inc. v. BNSF Railway Company et al.*, 1:20-cv-506

*Hyundai Motor America, Inc. v. BNSF Railway Company et al.*, 1:20-cv-363

*IPSCO Tubulars Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-360

*The J.M. Smucker Company v. BNSF Railway Company et al.*, 1:20-cv-525

*Kennecott Utah Copper , LLC et al. v. BNSF Railway Company et al.*, 1:21-cv-1835

*Keystone Fuels, LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-382

*Kia Motors America, Inc. v. BNSF Railway Company et al.*, 1:20-cv-364

*Lafarge North America, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-370

*AP Moller – Maersk A/S et al. v. BNSF Railway Company et al.*, 1:20-cv-486

*Mercedes-Benz USA, LLC v. BNSF Railway Company et al.*, 1:20-cv-369

*Motiva Enterprises, LLC v. BNSF Railway Company et al.*, 1:20-cv-359

*NLMK USA, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-577

*Nova Chemicals, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-365

*Old World Industries, LLC v. BNSF Railway Company et al.*, 1:20-cv-376

*PCS Sales (USA), Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-488

*Phillips 66 Company v. BNSF Railway Company et al.*, 1:20-cv-507

*CertainTeed LLC v. BNSF Railway Company et al.*, 1:20-cv-526

*Shell Chemical LP et al. v. BNSF Railway Company et al.*, 1:20-cv-641

*Talen Energy Supply, LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-362

*United Parcel Service, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-711

*Vulcan Materials Company et al. v. BNSF Railway Company et al.*, 1:20-cv-368

*Axiall Corp et al. v. BNSF Railway Company et al.*, 1:20-cv-372

*WestRock Company et al. v. BNSF Railway Company et al.*, 1:20-cv-482

## **NOTICE OF WITHDRAWAL**

To the Clerk of the Court and all parties of record:

It is with sadness that Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") advises the Court that Stephen R. Neuwirth, who has been a leader in the *In re Rail Freight Fuel Surcharge Antitrust Litigation* since its inception, passed away earlier this month. Mr. Neuwirth was a passionate litigator, dear husband, loving father, and devoted colleague, and will be sorely missed.

3

The above-entitled plaintiffs will continue to be represented by remaining counsel of record from Quinn Emanuel Urquhart & Sullivan, LLP.

Dated:  January 27, 2023              Respectfully Submitted,

                                      /s/ *Sami H. Rashid*
                                      Sami H. Rashid
                                      QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
                                      51 Madison Avenue, 22nd Floor
                                      New York, NY 10010
                                      Telephone: (212) 849-7000
                                      Facsimile: (212) 849-7100
                                      Email: samirashid@quinnemanuel.com

                                      *Counsel for Plaintiffs in the above-captioned actions*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 27, 2023, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic filing system, which automatically notifies counsel for all parties of the filing.

*/s/ Sami H. Rashid*
Sami H. Rashid