**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II) <br><br> This document relates to: ALL CASES |

MDL Docket No. 2925
Misc. No. 20-8 (BAH)

<u>**JOINT STATUS REPORT**</u>

Pursuant to the Court's July 6, 2021 and January 31, 2023 Orders, the parties respectfully submit this Joint Status Report "regarding the status of this litigation, including the numbers of depositions noticed, completed, and anticipated."  7/6/21 Mem. and Order 5, ECF No. 676; *see also* 1/31/23 Minute Order (Paperless) (instructing the parties "to continue filing Joint Status Reports every twelve weeks").

**I.    Additional MDL II Actions**

Since the parties' April 21, 2023 Joint Status Report (ECF No. 911), no additional actions have been filed and identified as tag-along cases for potential consolidation with this MDL. Accordingly, the current number of cases in this MDL remains at 106.

**II.    Status of EPIC Action**

On June 21, 2023, the Court entered an Order and Memorandum Opinion denying Defendants' motion to dismiss the Complaint in *Environmental Protection & Improvement Company, LLC v. Union Pacific Railroad Company et al.* (the "EPIC Action"), No. 1:22-cv-2587 (BAH), ECF Nos. 23 & 24.[1]  In its Order, the Court instructed the parties to submit a joint proposed schedule by July 10, 2023 that would allow for the "prompt completion of discovery in this matter" that is "in accord with the current schedule for completion of expert discovery

---

[1] BNSF Railway Company is not a defendant in the EPIC Action.

already underway in [the other actions in this MDL]." 6/21/23 EPIC Action Order, ECF No. 23. On July 11, 2023, the Court granted the parties' request for a one-week extension to submit such a proposed schedule.  *See* 7/11/23 Minute Order (Paperless) ("DIRECTING the parties to file a joint proposed schedule to govern prompt completion of discovery in this matter by July 17, 2023").

### III.    Status of MDL II Fact Discovery

With the exception of the EPIC Action, the parties have completed fact discovery in this MDL.[2]  During fact discovery, Plaintiffs conducted a total of 31 depositions (24 30(b)(6) depositions and 7 30(b)(1) depositions).  Defendants conducted a total of 342 depositions (24 30(b)(6) depositions and 318 30(b)(1) depositions).

### IV.    Status of MDL II Expert Discovery

In accord with the Court's November 8, 2022 Order, Plaintiffs made expert disclosures in all actions in this MDL, with the exception of the EPIC Action, on March 1, 2023.  *See* 11/8/22 Minute Order (Paperless).  Plaintiffs' 5 experts served 61 reports, the vast majority of which Plaintiffs have indicated include materially identical economic opinions and methodologies. Since the parties' April 2023 Joint Status Report, Defendants completed the deposition of two of Plaintiffs' experts and are scheduled to complete the remaining three depositions by August 3, 2023.

---

[2] The parties have also stipulated that certain depositions may be taken after the close of fact discovery if those witnesses are relied upon by opposing parties in connection with expert reports, summary judgment, or trial.  (Joint Stip. Re. Supp. Disclosures and Deferment of Witness Deps., ¶ 3, Nov. 22, 2021, Dkt. No. 751).

Under the Court's November 8, 2022 Order, Defendants' opposition expert reports are due on August 15, 2023 with the exception of the EPIC Action. *Id.* Plaintiffs' rebuttal expert reports are due on November 15, 2023. *Id.*

## V.    Notice of Potential Dispute

**Defendants' Statement**

In the past, the Court has indicated that the parties should use their Joint Status Reports to identify as early as possible potential disputes that could require judicial intervention. *See, e.g.*, 8/26/21 Tr. at 21-23.  Consequently, Defendants would like to apprise the Court that they believe various Plaintiffs are improperly seeking more than $1 billion in the following categories of damages in violation of the Court's prior *American Pipe* rulings: (i) damages under contracts and price authorities that applied mileage-based fuel surcharges;[3] (ii) damages related to transportation services provided by non-defendant CSX Intermodal, Inc. (a non-MDL I defendant);[4] and (iii) lingering effects damages that require litigation of post-2008 conduct, such as contracts that were amended after 2008 and rail services purchased under evergreen contracts and open transportation offers after 2009.[5]

---

[3] *See In re Rail Freight Fuel Surcharge Antitrust Litig. (No. II)*, 2020 WL 5016922, at *19-*22 (D.D.C. Aug. 25, 2020) (holding that MDL II plaintiffs are "time-barred" from asserting claims or damages related to Defendants' application of mileage-based fuel surcharges because the fuel surcharges challenged in MDL I "were always rate-based fuel surcharges," and because "[t]he class the *MDL I* plaintiffs moved to certify—the controlling class for *American Pipe* purposes—expressly . . . defin[ed] [ ] the fuel surcharges at issue as rate-based fuel surcharges").

[4] *Id.* at *17-*19 (holding that MDL II plaintiffs are "time-barred" from asserting claims and damages related to conduct of three alleged co-conspirators not named as defendants in MDL I because "courts consistently hold that *American Pipe* does not apply to entities or individuals not named as defendants by the putative class").

[5] *See In re Rail Freight Fuel Surcharge Antitrust Litig. (No. II)*, 2020 WL 1909777, at *9-*22 (D.D.C. May 12, 2021) (stating that the Court had already "unambiguously held that claims of continuing harm from the conspiracy that would require proof of conduct after December 31, 2008 were time-barred" and concluding that this "bright-line" precludes lingering effects damages under bilateral, fixed term contracts that were amended after 2008 or for post-2009

The parties have begun the process of meeting and conferring on this potential dispute and will continue to do so.  Although Defendants were prepared to request the Court's permission to brief these disputes in the Fall, they have agreed to Plaintiffs' request to continue meeting and conferring because Plaintiffs indicated that they would consider withdrawing any damages claims that may violate the Court's prior rulings.  Defendants also agreed to continue the meet and confer process to allow for further exchange of information relevant to Defendants' positions and potential targeted motions, as well as to address Plaintiffs' concern that a Fall briefing schedule would overlap with the deadline for their rebuttal expert reports.

The parties will provide an update on this meet and confer process in their October 2023 status report.  To the extent the parties cannot reach a full resolution, Defendants intend to request the Court's permission to brief any outstanding issues and would propose a briefing schedule where their opening papers would be filed on or after November 15, 2023, the date Plaintiffs' reply expert reports are due.

In their statement, Plaintiffs contend that briefing these issues before early next year will result in inefficiencies and require the Court to consider in piecemeal fashion fact intensive dispositive motions.  Defendants disagree.  As has been explained to Plaintiffs, the Court has provided clear guidance on certain specific categories of damages that Plaintiffs are barred from seeking under *American Pipe* tolling.  Thus, early intervention by the Court to enforce these prior rulings will promote judicial economy by avoiding the additional expense and burden associated with addressing clearly time-barred damages claims, and will allow the parties to focus their remaining pretrial practice, including summary judgment motions, motions in *limine*,

---

transactions under evergreen contracts and open transportation offers as examples of the Court's "categorical conclusions . . . about the availability of lingering effects damages").

and expert-related motions, and any pretrial preparation on matters that are properly at issue in this MDL. The fact that these legal issues are implicated in numerous cases in this MDL further shows that judicial economy will be served by their early resolution. Furthermore, the adjudication of these issues would turn on questions of law—application of the Court's prior *American Pipe* rulings and the notice that MDL I provided Defendants—rather than factual disputes over conduct reflected in the discovery record.

Plaintiffs also raise a number of procedural arguments, all of which should be fully addressed during the parties' ongoing meet and confer process. Thus, while Defendants disagree with these arguments, they will not unnecessarily burden the Court by addressing them now. To the extent the parties are unable to fully resolve these issues, Defendants will address any process arguments that Plaintiffs raise at that point.

**Plaintiffs' Statement**

Plaintiffs believe the briefing schedule Defendants propose above is an improper attempt to rewrite the schedule and to bring motion practice in an inefficient manner. The current scheduling Order clearly sets forth a December 1, 2023 date for the parties to propose a schedule for further briefing, including summary judgment briefing, and expert-related motions. (Scheduling Order, Nov. 8, 2022.) Defendants stipulated to the current schedule, and have not provided any good cause for changing it now. Plaintiffs are prepared to begin discussing the summary judgment and *Daubert* briefing dates to be included in this December 1, 2023 submission well in advance of that date. Plaintiffs believe such motions should be filed in early 2024, although Plaintiffs are prepared to consider earlier dates that Defendants may propose so long as all dispositive motions are filed together.

Although Defendants state they "were prepared to request the Court's permission to brief these disputes," during the parties' July 7, 2023 meet and confer Defendants could not answer basic questions about their anticipated motions. Plaintiffs' questions included whether the interim motions Defendants propose would be equivalent to a partial summary judgment motion, a *Daubert* motion, or a motion brought under some other rule or standard. Defendants stated they had not determined the precise type of motion, but that it would be some sort of "exclusionary" motion. Defendants also could or would not answer what specific Plaintiffs and damages would be implicated by each of the three categories, and indicated that they needed to undertake additional work, and that Plaintiffs should be able to determine who the motions would be brought against without Defendants telling them. Given this, it is all the more surprising that Defendants include a vague reference above to a supposed $1 billion in damages. Indeed, Defendants have failed to tie that figure to any specific set of Plaintiffs or provide other details that would allow Plaintiffs to evaluate it. Based on the parties' meet and confer, it is apparent that Defendants' proposed partial dispositive motions would be highly fact-intensive; vary by Plaintiff, by price authority, and by time period of damages sought; likely implicate expert work which will not be completed until November 2023; and potentially involve the disclosure of post-2008 documents that Defendants did not produce to Plaintiffs in discovery.

Until 5:23 pm this evening, Defendants had not cited any specific portion of any order (whether from this Court or from MDL I) as the basis for their planned arguments in this interim briefing. Instead, Defendants explained only that they propose to make partial dispositive motions to strike certain claims for damages and briefly mentioned two prior Orders regarding a motion to dismiss and a motion to compel. Plaintiffs do not believe either of these prior Orders barred any of the damages theories set forth in Plaintiffs' expert reports. Plaintiffs also do not

believe it is productive for Defendants to attempt to brief these highly factual issues in a status report.

Plaintiffs believe that dispositive motions should not be briefed and litigated piecemeal, and that Defendants' arguments for damages limitations are better situated for inclusion in their dispositive motions.  Plaintiffs continue to be available to discuss the summary judgment and *Daubert* briefing schedule contemplated in the current Scheduling Order.  If Defendants insist on duplicative, interim motions not set forth in the current schedule, Plaintiffs anticipate that this dispute may need to be addressed by the Court.

Dated:  July 14, 2023

<table>
<tr>
<td>

*/s/ Tara Reinhart*
Tara L. Reinhart (D.C. Bar No. 462106)
Julia K. York (D.C. Bar No. 478001)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, D.C. 20005
Telephone: (202) 371-7000
Tara.Reinhart@skadden.com
Julia.York@skadden.com
Thomas.Gentry@skadden.com

</td>
<td>

*/s/ Ronald K. Wray II*
Ronald K. Wray II
GALLIVAN, WHITE & BOYD P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601
Telephone: (864) 271-5362
rwray@GWBlawfirm.com

</td>
</tr>
</table>

*Counsel for Defendant Norfolk Southern Railway Company pursuant to the
Notices of Appearance entered in each case*

<table>
<tr>
<td>

*/s/ Juan A. Arteaga*
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com


Juan A. Arteaga

</td>
<td>

*/s/ David M. Wells*
David M. Wells
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202
Phone: (904) 354-1980
Primary Email: dwells@gunster.com
Secondary Email: dculmer@gunster.com
Secondary Email: awinsor@gunster.com

</td>
</tr>
</table>

Mara R. Lieber
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com
MLieber@crowell.com

*Counsel for Defendant CSX Transportation, Inc. pursuant to the
Notices of Appearance entered in each case*

*/s/ Tyrone R. Childress*

| | |
|---|---|
| Tyrone R. Childress | John M. Majoras (DC Bar No. 474267) |
| Kelsey S. Bryan (DC Bar No. 1034352) | Kristen A. Lejnieks (DC Bar No. 502136) |
| JONES DAY | JONES DAY |
| 555 South Flower Street, Fiftieth Floor | 51 Louisiana Avenue, N.W. |
| Los Angeles, CA  90071-2300 | Washington, D.C.  20001-2113 |
| Telephone: (213) 489-3939 | Telephone:  (202) 879-3939 |
| Facsimile:  (213) 243-2589 | Facsimile:   (202) 626-1700 |
| E-mail:  tchildress@jonesday.com | E-mail:  jmmajoras@jonesday.com |
| E-mail:  kbryan@jonesday.com | E-mail:  kalejnieks@jonesday.com |

*/s/ Timothy L. O'Mara*

| | |
|---|---|
| Timothy L. O'Mara | Allyson M. Maltas (D.C. Bar No. 494566) |
| LATHAM & WATKINS LLP | LATHAM & WATKINS, LLP |
| 505 Montgomery Street, Suite 2000 | 555 Eleventh Street, NW |
| San Francisco, CA 94111 | Suite 1000 |
| Telephone: (415) 391-0600 | Washington, D.C. 20004-1304 |
| | Telephone: (202) 637-2200 |
| | allyson.maltas@lw.com |

*/s/ Matthew M. Collette*

| | |
|---|---|
| Matthew M. Collette (D.C. Bar No. 427167) | Leonard A. Gail |
| Kathryn A. Robinette (D.C. Bar No. 1659218) | Illinois State Bar No. 6199745 |
| MASSEY & GAIL LLP | Massey & Gail LLP |
| 1000 Maine Ave. SW, Suite 450 | 50 E. Washington Street, Suite 400 |
| Washington, DC 20024 | Chicago, IL 60602 |
| Phone: (202) 795-3326 | Phone: (312) 283-1590 |
| Fax: (312) 379-0467 | Fax: (312) 379-0467 |
| mcollette@masseygail.com | lgail@masseygail.com |
| krobinette@masseygail.com | |

*Counsel for Defendant Union Pacific Railroad Company pursuant to the
Notices of Appearance entered in each case*

/s/ Linda S. Stein
Linda S. Stein (D.C. Bar No. 376217)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Phone:  (202) 429-3000
lstein@steptoe.com
mbfox@steptoe.com

/s/ Glenn D. Pomerantz
Glenn D. Pomerantz
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100
Glenn.Pomerantz@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
Ben.Horwich@mto.com

Lauren Ross (D.C. Bar No. 1659620)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW
Suite 500E
Washington, DC 20001-5369
Phone: (202) 220-1100
Lauren.Ross@mto.com

*Counsel for Defendant BNSF Railway Company pursuant to the
Notices of Appearance entered in each case*

*/s/ Alden L. Atkins*
Craig P. Seebald (D.C. Bar No. 438968)
Alden L. Atkins (D.C. Bar No. 00393922)
Lindsey R. Vaala (D.C. Bar No. 974770)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
(202) 639-6500
(202) 639-6604 (Facsimile)
cseebald@velaw.com
aatkins@velaw.com
lvaala@velaw.com

*/s/ John H. LeSeur*
John H. LeSeur (D.C. Bar No. 293357)
Frank J. Pergolizzi (D.C. Bar No. 405174)
Peter A. Pfohl (D.C. Bar No. 456854)
Daniel M. Jaffe (D.C. Bar No. 461185)
SLOVER & LOFTUS LLP
1224 Seventeenth Street NW
Washington, D.C. 20036
(202) 347-7170
(202) 347-3619 (Facsimile)
jhl@sloverandloftus.com
fjp@sloverandloftus.com
pap@sloverandloftus.com
dmj@sloverandloftus.com

*Attorneys for Plaintiffs AK Steel
Corporation; Bel-Ray Company, LLC;
Calumet Branded Products, LLC; Calumet
Cotton Valley Refining, LLC; Calumet
Dickinson Refining, LLC; Calumet Karns
City Refining, LLC; Calumet Montana
Refining, LLC; Calumet Operating, LLC;
Calumet Princeton Refining; LLC; Calumet
Refining, LLC; Calumet Shreveport
Refining, LLC; Calumet Specialty Products
Partners, L.P.; CF Industries, Inc.;
Dairyland Power Cooperative; Dyno Nobel,
Inc.; Entergy Arkansas, LLC; Entergy
Louisiana, LLC; Exelon Generation
Company, LLC; Kurlin Company, LLC;
NorFalco LLC; NorFalco Sales; North Star*

/s/ Michael D. Hausfeld
Michael D. Hausfeld
Brian A. Ratner
Sathya S. Gosselin
Melinda R. Coolidge
Swathi Bojedla
Theodore F. DiSalvo
Halli E. Spraggins
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
bratner@hausfeld.com
sgosselin@hausfeld.com
mcoolidge@hausfeld.com
sbojedla@hausfeld.com
tdisalvo@hausfeld.com
hspraggins@hausfeld.com

Seth R. Gassman
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
sgassman@hausfeld.com

*Attorneys for American Honda Motor Co., Inc.; BMW Manufacturing Co., LLC and BMW of North America, LLC; Boise Cascade Company; Central Transport International, Inc., Central Transport, Inc., Logistics Insight Corp., and Transport Communications Systems II, L.L.C.; CONSOL Energy, Inc.; CRH Americas, Inc., Preferred Materials, Inc., Ash Grove Cement Company, The Shelly Company, Big River Industries, Inc., Oldcastle APG West, Inc., and Pennsy Supply Inc.; Crowley Maritime Corporation, Crowley Logistics, Inc., and Crowley Liner Services, Inc.; Grand River Dam Authority; J.R. Simplot Co.; Lansing Board of Water & Light; Linde AG; Praxair, Inc.; Lotte*

*BlueScope Steel LLC; Steelscape, LLC; and Wisconsin Electric Power Company*

/s/ Sami H. Rashid
Sami H. Rashid
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
samirashid@quinnemanuel.com

Viola Trebicka
Jennifer English
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
violatrebicka@quinnemanuel.com
jenniferenglish@quinnemanuel.com

*Attorneys for Plaintiffs Alcoa Corporation, Arconic, Inc.; Alcoa Fuels, Inc.; Alcoa Power Generating, Inc.; Eastalco Aluminum Company; Intalco Aluminum, LLC; Reynolds Metal Company; Alcoa World Alumina, LLC; Alumax Mill Products, Inc.; The Amalgamated Sugar Company, LLC; American Rock Salt Company LLC; AP Møller – Mærsk A/S; Mærsk Inc.; Maersk Line UK Limited; Axiall Corporation; Axiall, LLC; Westlake Styrene LLC; Westlake Petrochemicals LLC; Westlake Polymers LLC; Westlake Vinyls Inc.; Westlake Vinyls Company LP; WPT LLC; Westlake Longview Corporation; Westlake Management Services, Inc.; BASF Corporation; BASF Catalysts LLC; Cognis USA LLC; ProCat Testing LLC; California Steel Industries, Inc.; Campbell Soup Supply Company L.L.C.; Campbell Company of Canada; Campbell FoodService Company; Joseph Campbell Company; CertainTeed LLC; Saint-Gobain Ceramics & Plastics, Inc.; Bird*

*Global Logistics (North America), Inc.;
Louisiana-Pacific Corporation; Lyondell
Chemical Company; LyondellBasell Acetyls,
LLC; Equistar Chemicals, LP; MillerCoors,
LLC; Newell Recycling Southeast, LLC;
Peabody Investments Corporation, Peabody
Energy Corporation, Peabody Natural
Resources Company, Peabody Midwest Mining
LLC, Peabody Powder River Mining LLC,
Peabody Coulterville Mining, LLC, Peabody
Coalsales, LLC f/k/a Coalsales, LLC, Coalsales
II, LLC f/k/a Peabody Coalsales Company,
Peabody Coaltrade, LLC f/k/a Coaltrade, LLC
and Peabody Coaltrade, Inc., Twentymile Coal,
LLC f/k/a Twentymile Coal Company;
American Land Holdings of Illinois, LLC;
American Land Holdings of Indiana, LLC;
Peabody Electricity, LLC; Roseburg Forest
Products Co.; Sims Group USA Holdings
Corporation (f/k/a Sims Hugo Neu
Corporation), Metal Management, Inc.,
Simsmetal East LLC (f/k/a Sims Hugo Neu East
LLC and Hugo Neu Schnitzer East), Metal
Management Northeast, Inc., Metal
Management Pittsburgh, Inc., SMM New
England Corporation (f/k/a Metal Management
Connecticut, Inc.), SMM Southeast LLC, Metal
Management Midwest, Inc., Metal Management
Indiana, Inc., Metal Management Ohio, Inc.,
Sims Southwest Corporation (f/k/a Proler
Southwest LP and Proler Southwest
Corporation), SMM South Corporation (f/k/a
Metal Management Alabama, Inc.), Metal
Management Memphis, L.L.C., Sims Group
USA Corporation, Simsmetal West LLC (f/k/a
Sims Hugo Neu West LLC), and Schiabo
Larovo Corporation; Suzuki Motor of America,
Inc., Suzuki Motor USA, LLC; TMS
International, LLC; Total Petrochemicals &
Refining USA, Inc.; Trammo, Inc.; Transrail,
Inc.; Tropicana Products, Inc., Frito-Lay, Inc.,
and Bottling Group, LLC operating as Pepsi
Beverages Company; U.S. Silica Co.*

*Incorporated' CertainTeed Canada, Inc.;
CertainTeed Gypsum & Ceiling
Manufacturing, Inc.; CertainTeed Gypsum
Manufacturing, Inc.; CertainTeed Gypsum
NC, Inc.; CertainTeed Gypsum West
Virginia, Inc.; CertainTeed Gypsum, Inc.;
CertainTeed Ceilings Corporation;
CertainTeed Gypsum and Ceilings USA, Inc.;
Coffeyville Resources Nitrogen Fertilizers,
LLC; ConAgra Brands, Inc. f/k/a/ ConAgra
Foods, Inc.; Virginia Electric and Power
Company,; Dominion Energy Fuel Services,
Inc.; Dominion Energy South Carolina, Inc.;
Duke Energy Carolinas, LLC; Duke Energy
Florida, LLC; Duke Energy Progress, LLC;
Duke Energy Indiana, LLC; Duke Energy
Kentucky, LLC; Duke Energy Ohio, LLC;
Progress Fuels, LLC; DEGS of Narrows,
LLC; Duke Energy Generation Services, Inc.;
Eastman Chemical Company; Solutia Inc.;
Taminco Corporation; Exxon Mobil
Corporation; ExxonMobil Oil Corporation;
ExxonMobil Global Services Company;
Imperial Oil; Imperial Oil Limited; Canada
Imperial Oil Limited; Grain Craft, Inc.;
Southeastern Mills, Inc.; Hyundai Motor
America, Inc.; IPSCO Tubulars Inc.; IPSCO
Koppel Tubulars, LLC; IPSCO Tubulars
(KY), LLC; TMK NSG, LLC; Keystone Fuels,
LLC; Conemaugh Fuels, LLC; Kia Motors
America, Inc.; Lafarge North America, Inc.,
Holcim (US) Inc.; Aggregate Industries
Management, Inc.; Aggregate Industries -
SWR, Inc.; Aggregate Industries Northeast
Region, Inc.; Aggregate Industries - MWR,
Inc.; Bardon, Inc. (dba Aggregate Industries
Mid-Atlantic Region); Cement Transport,
LTD; Geocycle LLC; Systech Environmental
Corporation; Lafarge PNW, Inc.; Lattimore
Materials Corp.; Mercedes-Benz USA, LLC;
Motiva Enterprises LLC; NLMK USA, Inc.;
NLMK Pennsylvania, LLC; Sharon Coating,
LLC; NOVA Chemicals, Inc.; NOVA
Chemicals Corporation; NOVA Chemicals
(Canada) Ltd.; Old World Industries, LLC;
PCS Sales (USA), Inc.; Agrium (U.S.), Inc.;
PCS Phosphate Company, Inc.; White*

/s/ William J. Blechman
Robert D. W. Landon, III
Richard Alan Arnold
William J. Blechman
Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli
Joshua B. Gray
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
E-mail: rlandon@knpa.com
raa@knpa.com
wblechman@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com
jgray@knpa.com

Attorneys for Plaintiffs Cemex, Inc.,
Clearwater Paper Corporation, The Goodyear
Tire & Rubber Company, Kraft Heinz Foods
Company, Lehigh Hanson, Inc., PotlatchDeltic
Corporation, Rayonier Advanced Materials
Inc., Sterling Steel Company LLC., UPM-
Kymmene, Inc., and Unilever ASCC AG

Springs Agricultural Chemicals, Inc; PCS
Nitrogen, Inc.; Phillips 66 Company; Shell
Chemical LP, Shell Chemicals Canada (f/k/a
Shell Chemicals Canada Ltd.) by its
managing partner Shell Canada Ltd.;
Pennzoil-Quaker State Company (formerly
d/b/a SOPUS Products); Shell Trading (US)
Company; Equilon Enterprises LLC (d/b/a
Shell Oil Products US or SOPUS); Talen
Energy Supply, LLC f/k/a PPL Energy
Supply, LLC, on behalf of itself and its
subsidiaries and affiliates; Talen Energy
Marketing, LLC f/k/a PPL EnergyPlus, LLC;
Talen Generation, LLC f/k/a PPL
Generation, LLC (successor in interest to
PPL Coal Supply, LLC); Talen Montana,
LLC f/k/a PPL Montana, LLC; Martins
Creek, LLC f/k/a PPL Martins Creek, LLC;
Brunner Island, LLC f/k/a PPL Brunner
Island, LLC; Montour, LLC f/k/a PPL
Montour, LLC; United Parcel Service, Inc.,
an Ohio Corporation; UPS Ground Freight,
Inc.; Vulcan Materials Company; Legacy
Vulcan, LLC; Florida Rock Industries, Inc.;
Atlantic Granite LLC; CalMat Co.; Vulcan
Aggregates Company, LLC; Vulcan
Construction Materials, LLC; Fulton
Concrete Company, LLC; McCartney
Construction Company, Inc.; Calhoun
Asphalt Company, Inc.; Harper Brothers,
LLC; Virginia Concrete Company, LLC;
Azusa Rock, LLC; Triangle Rock Products,
LLC; Aggregates USA, LLC; Chem-Marine
Corporation of South Carolina; DMG
Equipment Company, LLC; R. C. Smith
Companies, LLC; Aggregates USA (Macon),
LLC; Aggregates USA (Savannah), LLC;
Aggregates USA (Sparta), LLC; WestRock
Company; WestRock Coated Board, LLC;
WestRock Virginia, LLC; WestRock Texas,
L.P.; WestRock CP, LLC; WestRock
Southeast, LLC; WestRock Northwest, LLC;
WestRock Mill Company, LLC; WestRock –
Solvay, LLC; WestRock Minnesota
Corporation; WestRock Kraft Paper, LLC;
WestRock Container, LLC; WestRock
Longview, LLC; Smurfit-Stone Container

*Canada Inc.; The J.M. Smucker Company;
General Motors LLC; Kennecott Utah
Copper LLC; and U.S. Borax Inc.*

/s/ David C. Eddy
David C. Eddy (DC Bar No. 250712)
Dennis J. Lynch (admitted *pro hac vice*)
Travis C. Wheeler (DC Bar No. 484023)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, S.C. 29201
Tel: (803) 771-8900
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com

*Attorneys for Plaintiffs Domtar Corporation;
Ford Motor Company; South Carolina Public
Service Authority; Anheuser-Busch, LLC;
Anheuser-Busch Companies, LLC; Nestlé
Purina PetCare Company; and Nestlé USA,
Inc.*

/s/ Adam Carlis
Geoffrey L. Harrison
Shawn Raymond
Adam Carlis
Alexandra Foulkes Grafton
Scott T. Glass
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 651-9366
gharrison@susmangodfrey.com
sraymond@susmangodfrey.com
acarlis@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com
sglass@susmangodfrey.com

Raj Mathur
SUSMAN GODFREY, L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 729-2051

/s/ Joseph M. Vanek
Joseph M. Vanek
David P. Germaine (admitted *pro hac vice*)
Martin Amaro (*pro hac vice* forthcoming)
SPERLING & SLATER, P.C.
55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jvanek@sperling-law.com
dgermaine@sperling-law.com
mamaro@sperling-law.com

*Attorneys for Plaintiffs Kellogg Company
and Mitsubishi Motors North America, Inc.*

/s/ Sandra L. Brown
Sandra L. Brown (D.C. Bar No. 452988)
David A. Wilson (D.C. Bar No. 430400)
David E. Benz (D.C. Bar No. 485868)
Joe Smith (D.C. Bar. No. 1010223)
THOMPSON HINE LLP
1919 M Street N.W. Suite 700
Washington, D.C. 20036
Tel: (202) 331-8800
Fax: (202) 331-8330
sandra.brown@thompsonhine.com
david.wilson@thompsonhine.com
david.benz@thompsonhine.com
joe.smith@thompsonhine.com

Robert F. Ware
Jennifer S. Roach
THOMPSON HINE LLP
127 Public Square, Suite 3900
Cleveland, Ohio 44114
Tel: (216) 566-5500

14

rmathur@susmangodfrey.com

*Attorneys for Arkema Inc.; ArrMaz Products Inc.; Boise Cascade Company; CONSOL Energy, Inc.; CRH Americas, Inc., Preferred Materials, Inc., Ash Grove Cement Company, The Shelly Company, Big River Industries, Inc., Oldcastle APG West, Inc., and Pennsy Supply Inc.; Crowley Maritime Corporation, Crowley Logistics, Inc., and Crowley Liner Services, Inc.; Grand River Dam Authority; J.R. Simplot Co.; Lansing Board of Water & Light; Lotte Global Logistics (North America), Inc.; Lyondell Chemical Company; LyondellBasell Acetyls, LLC; Equistar Chemicals, LP; MillerCoors, LLC; Peabody Investments Corporation, Peabody Energy Corporation, Peabody Natural Resources Company, Peabody Midwest Mining LLC, Peabody Powder River Mining LLC, Peabody Coulterville Mining, LLC, Peabody Coalsales, LLC f/k/a Coalsales, LLC, Coalsales II, LLC f/k/a Peabody Coalsales Company, Peabody Coaltrade, LLC f/k/a Coaltrade, LLC and Peabody Coaltrade, Inc., Twentymile Coal, LLC f/k/a Twentymile Coal Company; American Land Holdings of Illinois, LLC; American Land Holdings of Indiana, LLC; Peabody Electricity, LLC; Roseburg Forest Products Co.; Sims Group USA Holdings Corporation (f/k/a Sims Hugo Neu Corporation), Metal Management, Inc., Simsmetal East LLC (f/k/a Sims Hugo Neu East LLC and Hugo Neu Schnitzer East), Metal Management Northeast, Inc., Metal Management Pittsburgh, Inc., SMM New England Corporation (f/k/a Metal Management Connecticut, Inc.), SMM Southeast LLC, Metal Management Midwest, Inc., Metal Management Indiana, Inc., Metal Management Ohio, Inc., Sims Southwest Corporation (f/k/a Proler Southwest LP and Proler Southwest Corporation), SMM South Corporation (f/k/a Metal Management Alabama, Inc.), Metal Management Memphis, L.L.C., Sims Group USA Corporation, Simsmetal West LLC (f/k/a Sims Hugo Neu West LLC), and Schiabo*

Fax: (216) 566-5800
rob.ware@thompsonhine.com
jennifer.roach@thompsonhine.com

*Attorneys for Plaintiffs Alabama Power Company, Georgia Power Company and Mississippi Power Company; Northern Indiana Public Service Company LLC; and Union Electric Company d/b/a Ameren Missouri and Ameren Development Company*

/s/ Kristopher S. Davis
Kristopher S. Davis (CA #193452)
George T. Caplan (CA #043821)
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel:  (310) 203-4000
Fax:  (310) 229-1285
kristopher.davis@faegredrinker.com
george.caplan@faegredrinker.com

William L. Roberts (MN # 0212763)
Jonathan W. Dettmann (MN # 0265032)
Craig S. Coleman (MN # 0325491)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel:  (612) 766-7000
Fax:  (612) 766-1600
william.roberts@faegredrinker.com
jon.dettmann@faegredrinker.com
craig.coleman@faegredrinker.com

*Attorneys for Plaintiffs American Zinc Recycling Corp., Ascend Performance Materials Operations LLC, Ingredion Incorporated, The Heritage Group dba Asphalt Refining Company, Asphalt Materials, Inc., Bituminous Materials and*

*Larovo Corporation; Suzuki Motor of America, Inc., Suzuki Motor USA, LLC; TMS International, LLC; Total Petrochemicals & Refining USA, Inc.; Trammo, Inc.; Transrail, Inc.; Tropicana Products, Inc., Frito-Lay, Inc., and Bottling Group, LLC operating as Pepsi Beverages Company; U.S. Silica Co.*

/s/Kirk T. May
Kirk T. May
William D. Beil
GM LAW PC
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
PH: 816-471-7700
FX: 816-471-2221
Email: kirkm@ gmlawpc.com
Email: billb@ gmlawpc.com

David B. Helms
GM LAW PC
8000 Maryland Avenue, Suite 1060
Clayton, Missouri 63105
PH: 314-474-1750
FX: 816-471-2221
Email: davidh@gmlawpc.com

*Attorneys for Plaintiffs*
*Lansing Ethanol Services, LLC, et al.*

/s/ Benjamin D. Brown
Benjamin D. Brown (D.C. Bar. No. 495836)
Robert A. Braun (D.C. Bar No. 1023352)
Leonardo Chingcuanco (D.C. Bar No. 1719708)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue,
N.W. Fifth Floor
Washington, D.C. 20005
Tel: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
lchingcuanco@cohenmilstein.com

*Supply, L.P., Emulsicoat, Inc., Laketon Refining Corporation, Heritage Environmental Services, LLC, Rineco Chemical Industries, LLC, Heritage Transport, LLC, Pizo Operating Company, LLC, and CHS Inc.*

/s/ Eric S. Hochstadt
David J. Lender (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
Luna Barrington (admitted *pro hac vice*)
Sarah Ryu (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
david.lender@weil.com
eric.hochstadt@weil.com
luna.barrington@weil.com
sarah.ryu@weil.com

*Attorneys for Plaintiffs Cleveland-Cliffs Steel LLC (f/k/a ArcelorMittal USA LLC) and ArcelorMittal Dofasco G.P.*

/s/ Edward D. Hassi
Edward D. Hassi (D.C. Bar No. 1026776)
Leah S. Martin (D.C. Bar No. 1029757)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383 8118
E-mail: thassi@debevoise.com
lmartin@debevoise.com

Michael Schaper, Esquire
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909 6000

*Attorneys for Plaintiffs Kawasaki Kisen Kaisha, Ltd., "K" Line America, Inc., Yang Ming Marine Transport Corp., Yang Ming (America) Corp., Nippon Yusen Kabushiki Kaisha, NYK Line (North America) Inc., Mitsui O.S.K. Lines, Ltd., and MOLAM Legacy, Inc.*

/s/ James P. Denvir
James P. Denvir (D.C. Bar No. 284554)
Scott E. Gant (D.C. Bar No. 455392)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Phone 202 237 2727
Fax 202 237 6131
jdenvir@bsfllp.com
sgant@bsfllp.com

Stuart H. Singer (*pro hac vice*)
James Grippando (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
jgrippando@bsfllp.com

*Attorneys for Plaintiffs Domino Foods, Inc., E.I. du Pont de Nemours and Company, and The General Electric Company*

/s/ Frank M. Lowrey IV
Frank M. Lowrey IV (*pro hac vice*)
lowrey@bmelaw.com
Tiana S. Mykkeltvedt (*pro hac vice*)
mykkeltvedt@bmelaw.com
Matthew R. Sellers
sellers@bmelaw.com
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, N.E., Suite 3900
Atlanta, Georgia 30309
Tel: (404) 881-4100
Fax: (404) 881-4111

Fax: (212) 909 6836
mschaper@debevoise.com

*Attorneys for Plaintiffs Toyota Motor Sales, U.S.A., Inc. and Toyota Canada Inc.*

/s/ Nathan P. Eimer
Nathan P. Eimer (*pro hac vice*)
Daniel D. Birk (*pro hac vice*)
Susan Razzano (*pro hac vice*)
Benjamin Waldin (D.D.C. Bar No. IL0061)
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
neimer@eimerstahl.com
dbirk@eimerstahl.com
srazzano@eimerstahl.com
bwaldin@eimerstahl.com

Ryan J. Walsh (D.C. Bar No. 1029407)
EIMER STAHL LLP
10 East Doty Street
Suite 800
Madison, WI 53703
Telephone: (608) 441-5798
Fax: (608) 441-5707
Email: rwalsh@eimerstahl.com

*Attorneys for Plaintiffs The Dow Chemical Company, Union Carbide Corporation, Amerchol Corporation, Umetco Minerals Corporation, Gerdau Ameristeel Corporation, Gerdau Ameristeel US Inc., Gerdau Ameristeel Perth Amboy Inc., Gerdau Ameristeel Sayreville Inc., Chaparral Steel Company, Chaparral Steel Midlothian, LP, Chaparral (Virginia) Inc., Sheffield Steel Corporation, Gerdau Macsteel, Inc., International Paper Company, GenOn Energy Management, LLC, GenOn Power Midwest LP, and GenOn REMA, LLC*

17

*Attorneys for Plaintiff The General Electric Company*

*/s/ Michael C. Dell'Angelo*
Michael C. Dell'Angelo
Michael J. Kane
H. Laddie Montague, Jr.
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net
mkane@bm.net
hlmontague@bm.net
mwallin@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
(202) 559-9745
dwalker@bm.net

Sophia Rios
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
Fax: (215) 875-4604
srios@bm.net

*Attorneys for Plaintiffs High Level Management Venturers, Century Aluminum Company, Century Aluminum of Kentucky, GP, NSA, GP, Century Aluminum of West Virginia, Inc., Century Aluminum of South Carolina, Inc., Andre M. Toffel, Trustee, on behalf of New Wei, Inc., et al., jointly administered bankruptcy estates, and ABF Freight System Inc.*

*/s/ Leo D. Caseria*
Leo D. Caseria (DC Bar No. 1655936)

*/s/ Daniel B. Goldman*
Daniel B. Goldman
Steven S. Sparling
Daniel Lennard
Zachary C. Naidich
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
dgoldman@kramerlevin.com
ssparling@kramerlevin.com
dlennard@kramerlevin.com
znaidich@kramerlevin.com

*Attorneys for Plaintiffs The Procter & Gamble Company, The Procter & Gamble Distributing LLC, The Procter & Gamble Manufacturing Company, The Procter & Gamble Paper Products Company, Tronox Inc., and Tronox US Holdings Inc.*

*/s/ Ronald J. Aranoff*
Ronald J. Aranoff

18

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006-6801
Tel. (202) 747-1925
Fax (202) 747-1901
lcaseria@sheppardmullin.com

Helen C. Eckert
Joy O. Siu
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
heckert@sheppardmullin.com
jsiu@sheppardmullin.com

*Attorneys for Plaintiff CalPortland Company*

Fletcher W. Strong
William J. Hagan
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
raranoff@wmd-law.com
fstrong@wmd-law.com
whagan@wmd-law.com

*Attorneys for Plaintiff Air Products
and Chemicals, Inc.*

/s/ Conte C. Cicala
Conte C. Cicala (CA Bar No. 173554)
Clyde & Co US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
conte.cicala@clydeco.us

*Attorneys for Plaintiff Mitsui O.S.K. Lines,
Ltd. and MOLAM Legacy, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the Joint Status Report was filed electronically with the

United States District Court for the District of Columbia through the Court's ECF System on

July 14, 2023.

*/s/ Juan A. Arteaga* _____

Juan A. Arteaga
