IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (No. II)<br><br>This document relates to:<br><br>*Environmental Protection & Improvement Company, LLC v. Union Pacific Railroad Company, et al.,* 1:22-cv-02587 | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |

**STIPULATION AND [PROPOSED] ORDER**

**STIPULATION**

WHEREAS Plaintiff Environmental Protection & Improvement Company, LLC ("EPIC" or "Plaintiff") served the expert report of Dr. James D. Reitzes on October 16, 2023, the deadline for EPIC's expert disclosures under the Court's governing Scheduling Order (*see* Minute Entry of August 8, 2023);

WHEREAS under the Court's Scheduling Order, the responsive expert disclosures of Defendants (Union Pacific Railroad Company ("UP"), CSX Transportation, Inc. ("CSXT"), and Norfolk Southern Railway Company ("NS")) are due December 11, 2023;

WHEREAS based on the Parties' and Dr. Reitzes' availability, the Parties were unable to schedule Dr. Reitzes' deposition until Friday, December 8, 2023 and have agreed to proceed on that day;

WHEREAS the Parties have met and conferred and agreed to extend the time for Defendants to serve their responsive expert disclosures by two days to December 13, 2023, so as to permit a final transcript of Dr. Reitzes' deposition to be prepared and accounted for in Defendants' expert disclosures;

1

WHEREAS the Parties agree that there is good cause for this brief two-day extension and that this extension will not delay the submission of the joint status report in the EPIC Action due on December 22, 2023;

WHEREAS the Parties expect that their proposal for further proceedings in the EPIC Action will align with the schedule the Court orders in all other cases in this MDL;

THEREFORE, the Parties request that the Court enter the following Order:

## ORDER

The Court acknowledges the Parties' representation regarding their need for a brief extension of time for Defendants to serve their opposition expert disclosures and concludes that such extension is warranted.

Now, therefore, the Court ORDERS as follows:

The deadline for Defendants to the EPIC Action to submit their expert disclosures is extended until on or before December 13, 2023.

SO ORDERED.

BERYL A. HOWELL
United States District Judge

*[Signatures on following pages]*

Dated: December 4, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Kayleigh T. Keilty* | |
| Kayleigh T. Keilty (Bar No. 18969) | James A. Morsch |
| SAUL EWING LLP | Casey T. Grabenstein |
| 1001 Fleet Street, 9th Floor | SAUL EWING LLP |
| Baltimore, MD 21202-4359 | 161 N. Clark St., Suite 4200 |
| (410) 332-8603 (telephone) | Chicago, Illinois 60601 |
| (410) 332-8081 (facsimile) | jim.morsch@saul.com |
| kayleigh.keilty@saul.com | casey.grabenstein@saul.com |

*Attorneys for Environmental Protection & Improvement Company, LLC*


| | |
|---|---|
| */s/ Luke van Houwelingen* | |
| Kent A. Gardiner (D.C. Bar No. 432081) | Juan A. Arteaga |
| Luke van Houwelingen (D.C. Bar No. 989950) | CROWELL & MORING LLP |
| CROWELL & MORING LLP | 590 Madison Avenue, 20th Floor |
| 1001 Pennsylvania Avenue, N.W. | New York, NY 10022-2544 |
| Washington, D.C. 20004 | Telephone: (212) 223-4000 |
| Telephone: (202) 624-2500 | Facsimile: (212) 223-4134 |
| Facsimile: (202) 628-5116 | JArteaga@crowell.com |
| KGardiner@crowell.com | |
| LvanHouwelingen@crowell.com | |

*Attorneys for Defendant CSX Transportation, Inc.*


| | |
|---|---|
| */s/ Tara L. Reinhart* | |
| Tara L. Reinhart (D.C. Bar No. 462106) | Ronald K. Wray II |
| Julia K. York (D.C. Bar No. 478001) | GALLIVAN, WHITE & BOYD P.A. |
| Thomas R. Gentry (D.C. Bar No. 1617060) | 55 Beattie Place, Suite 1200 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Greenville, SC 29601 |
| 1440 New York Avenue, N.W. | Telephone: (864) 271-5362 |
| Washington, DC 20005 | rwray@GWBlawfirm.com |
| Telephone: (202) 371-7000 | |
| tara.reinhart@skadden.com | |
| julia.york@skadden.com | |
| thomas.gentry@skadden.com | |

*Attorneys for Defendant Norfolk Southern Railway Company*

| | |
|---|---|
| */s/ Tyrone R. Childress*<br>Tyrone R. Childress<br>Eric P. Enson<br>Kelsey S. Bryan (D.C. Bar # 1034352)<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2589<br>E-mail: tchildress@jonesday.com<br>E-mail: epenson@jonesday.com<br>E-mail: kbryan@jonesday.com | John M. Majoras (D.C. Bar # 474267)<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, D.C. 20001-2113<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>E-mail: jmmajoras@jonesday.com |

*Attorneys for Defendant Union Pacific Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Stipulation and [Proposed] Order was filed electronically with the United States District Court for the District of Columbia through the Court's ECF System on December 4, 2023.

*/s/ Luke van Houwelingen*
