# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to:<br>ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's January 31, 2023, Minute Order, the parties respectfully submit this Joint Status Report.  *See* ECF No. 676; 01/31/23 Minute Order (Paperless) (instructing the parties "to continue filing Joint Status Reports every twelve weeks").  In addition to addressing the status of tag-along cases (Section I) and the status of fact and expert discovery (Sections II and III), the parties have set forth their respective positions on two issues that Defendants wish to raise relating to summary judgment briefing (Section IV) and the status of *MDL I* (Section V), and Plaintiffs request a substitution of court-appointed Liaison Counsel for Plaintiffs (Section VI).

### I.      Additional MDL II Actions

Since the parties' December 1, 2023 Joint Status Report, ECF No. 936, no additional actions have been filed and identified as tag-along cases for potential consolidation with this MDL. Accordingly, the current number of cases in this MDL remains at 106.

### II.      Status of MDL II Fact & Expert Discovery

As described in the Parties' prior Joint Status Report, ECF No. 936, (1) fact discovery ended on February 1, 2023, (2) Plaintiffs and Defendants made opening and opposition expert reports, respectively, in all actions except the EPIC Action (discussed below), (3) Plaintiffs and Defendants completed expert depositions regarding these opening and opposition expert reports,

and (4) Plaintiffs served reply expert reports.

As of the date of this Status Report, Defendants have completed depositions of all but one of Plaintiffs' experts regarding their reply expert reports.  For COVID-related reasons, the deposition of one of Plaintiffs' experts, Dr. E. Allen Jacobs, has been rescheduled for March 6-7, 2024.

### III.    Status of EPIC Action

On August 8, 2023, and December 12, 2023, the Court entered orders setting forth the schedule for the completion of fact and expert discovery in *Environmental Protection & Improvement Company, LLC v. Union Pacific Railroad Company et al.* (the "EPIC Action"), No. 1:22-cv-2587 (BAH), 8/8/23 Minute Order (Paperless); No. 1:20-mc-00008 (BAH), 12/12/23 Minute Order (Paperless).[1]

The parties have concluded fact discovery in the EPIC Action. With respect to expert discovery, EPIC made expert disclosures on October 16, 2023, EPIC's expert was deposed on December 8, 2023, and on December 13, 2023, Defendants served two expert reports disclosing EPIC-specific opinions and analyses from two experts who previously served reports in the other *MDL II* cases.  EPIC and Defendants are coordinating to schedule the depositions of these experts to address their EPIC-specific opinions and analyses.  The Parties have agreed to a limit of 3.5 hours of additional deposition time for each expert.

The Parties have agreed and intend to follow the schedule set forth for all other cases in *MDL II* for all further proceedings in the EPIC Action.

---

[1] BNSF Railway Company is not a defendant in the EPIC Action.

IV.     **Summary Judgment**

On November 8, 2022, the Court ordered the parties to each submit their proposed "schedule for further proceedings, including any anticipated motions."  11/08/22 Minute Order (Paperless).  On December 1, 2023, the parties submitted a joint status report outlining their respective scheduling proposals to the Court. ECF No. 936.  On December 18, 2023, the Court entered its scheduling order providing that "any cross-case summary judgment motions, including any motions on issues related to the existence of a conspiracy that are not resolved in MDL I, and any Daubert challenges must be filed" by April 30, 2024.  12/18/2023 Minute Order (Paperless) (the "December 18 Order").  As the parties await a decision in *MDL I*, they submit the below statements concerning the schedule for cross-case summary judgment motions.

**Plaintiffs' Statement**

1. **Defendants' Premature Request to Extend Briefing Deadlines**

Plaintiffs have no scheduling issues to raise with Your Honor at this time and are poised to proceed under the December 18 Order.  With more than two months to go until the Court's deadline for opening motions, Defendants ask this Court to discard the governing schedule and preemptively move this upcoming deadline to an unspecified date in the future. That request is not only the same request Defendants made in the last status report[2] but it is ultimately premature. If Judge Friedman issues his ruling in MDL I in the coming weeks, there is no good cause to extend the Court's deadlines and further delay these long-running cases. Plaintiffs have thus proposed to Defendants that the parties continue to abide by this Court's deadlines. If, however, Judge

---

[2]  *Id.*, at 21 (setting opening *Matsushita* briefs for "March 29, 2024 (sufficiently after expert discovery closes) *or 60 days following the 10706 decision (whichever is later)*." (emphasis added)).

Friedman's MDL I ruling does not issue in the next month, Plaintiffs have proposed that the parties meet and confer and submit a Joint Status Report on or before March 15, 2024, proposing a modest extension of the MDL II briefing schedule. Indeed, in the December 1, 2023 Joint Status Report, Plaintiffs acknowledged "that if Judge Friedman needs more time to resolve the motions pending in MDL I, [the] schedule may be modified accordingly."  ECF No. 936, 12/1/2023 Joint Status Report, at 5.

Defendants have declined Plaintiffs' proposal and insist on an extension now. Should Judge Friedman issue his ruling in the next several weeks, Defendants' concerns about timing will be moot, and so there is no reason to adjust the briefing schedule at this time.

### 2. Defendants' Renewed Request to Supplement the Record on the Issue of Conspiracy

Defendants' motion for summary judgment on the issue of conspiracy (which is fully briefed, based on the same allegations of conspiracy as MDL II, and awaiting decision) will inform any remaining summary judgment or *Daubert* motions in this final phase of MDL II. Notwithstanding this and the recent December 18 Order, Defendants now rehash their request to file motions for summary judgment on the issue of conspiracy in MDL II that would include the MDL I summary judgment record that is supplemented by the MDL II record.  That issue was debated at length by the parties in the last status report that led to the issuance of the December 18 Order. ECF No. 936, 12/1/2023 Joint Status Report, at 7-13, 23-28.  There is no reason to revisit that issue now, especially because briefs are not due for more than two months and Plaintiffs have already offered to confer on deadlines if there is not an MDL 1 ruling by March 15, 2024.

### Defendants' Statement

Defendants seek the Court's guidance on two important issues relating to their upcoming summary judgment motions.  Both issues arise from the relative procedural postures of this

litigation (*MDL II*) and the ongoing *MDL I*[3] litigation before Judge Friedman. Defendants describe these issues—and Defendants' proposed solutions—below, and would welcome an opportunity to provide further information to the Court at a case management conference or through any supplemental submissions the Court may direct the parties to file.  Furthermore, while Defendants recognize that these issues were discussed in the December 2023 Joint Status Report (ECF No. 936), the current posture of *MDL I*—in particular, the uncertainty regarding what issues will be resolved by the *MDL II* filing deadline for cross-case summary judgment motions—has necessitated raising them in this Joint Status Report to avoid the prejudice and inefficiency that would result if Defendants are required to re-work their *MDL II* motions in response to *MDL I* orders issued close to the filing deadline or in the middle of briefing their *MDL II* motions.

**First**, this Court's December 18 Order instructs Defendants to file, on April 30, 2024, among other things, any "motions on issues related to the existence of a conspiracy that are not resolved in *MDL I*."  But, as explained below, there remains at this time significant uncertainty regarding what issues will be "resolved" in *MDL I* by the April 30 deadline or otherwise. In light of that uncertainty, absent contrary direction from the Court, Defendants intend to file in *MDL II* the full briefing and record from *MDL I* in support of their motion for summary judgment[4] on the

---

[3] Because *Oxbow Carbon & Minerals LLC v. Union Pacific Railroad Co.*, No. 11-cv-1049, has in recent years proceeded in parallel to *MDL I*, Defendants generally use "*MDL I*" to refer collectively to *Oxbow* and the cases consolidated in *MDL I*. Defendants address *Oxbow* separately where relevant.

[4] The filing would include (1) *MDL I* defendants' joint and individual opening briefs, *MDL I* plaintiffs' omnibus opposition, *MDL I* defendants' joint reply, and supporting Rule 56 statements of fact and exhibits, and (2) *Oxbow* defendants' joint opening brief, *Oxbow* plaintiffs' opposition, *Oxbow* defendants' joint reply, and supporting Rule 56 statements of fact and exhibits.  *See* ECF Nos. 1029, *MDL I*, No. 1:07-mc-00489 (order setting *MDL I* summary judgment briefing page allocations).

question whether the alleged conspiracy covered "carload" and "coal" traffic.[5]   Specifically, Defendants' motion on carload and coal traffic will include the existing briefing record and concisely reference and supplement it as appropriate to make the motion current and applicable to *MDL II*. Defendants previously described this approach in the December 1, 2023, Joint Status Report, and they continue to believe that it is the most efficient way to ensure the relevant issues are before this Court for decision as appropriate.  Plaintiffs concurred in the December 1, 2023, Joint Status Report that the *MDL I* briefing is an appropriate basis for decision by this Court, although they objected to Defendants submitting any additional briefing to this Court.  This Court has not expressed any concerns regarding Defendants' proposed approach, but, if the Court has any, Defendants would benefit from the Court's guidance in advance of the April 30 deadline so that Defendants have sufficient time to follow the Court's instructions.

**Second**, the *MDL I* Court has indicated that it will address the admissibility questions presented by the application of 49 U.S.C. § 10706(a)(3)(B)(ii) ("Section 10706") to certain evidence relied upon by the plaintiffs in their summary judgment briefing as evidence of the purported conspiracy before summary judgment motions are considered.  ECF No. 1094, *MDL I*, No. 1:07-mc-00489 and July 12, 2023 (ECF No. 1104–1109, *MDL I*, No. 1:07-mc-00489); s*ee*

---

[5] There are three principal types of rail traffic at issue in *MDL II*: (1) carload shipments, (2) coal shipments, and (3) intermodal shipments—shipments of containers that are shipped across multiple modes of transport, including ships, trucks, and rail. The briefing in *MDL I* focused on carload traffic and the briefing in *Oxbow* focused on coal traffic. There were no intermodal shippers in *MDL I* or *Oxbow*.  Defendants intend to file in *MDL II* a separate motion concerning intermodal traffic, and all parties appear to agree that additional briefing is likely appropriate with respect to intermodal traffic.  *See* 12/1/2023 Joint Status Report, ECF No. 936 at 6 n.6, 14 (Plaintiffs' Statement) ("To the extent Judge Friedman does not reach the merits of Defendants' intermodal arguments in his summary judgment decision in MDL I, the MDL II Plaintiffs do not object to Defendants filing summary judgment briefing narrowly targeted to whether the alleged conspiracy reached intermodal traffic generally.").

*also* 8/4/2023 Order, ECF No. 1112 at 2, *MDL I*, No. 1:07-mc-00489 ("[A]s this Court has made clear, the Court intends to address the Section 10706 question before the summary judgment motions are considered.").  Judge Friedman has not issued a further order on Section 10706 issues.

Section 10706 bars antitrust plaintiffs from seeking to establish the existence of a conspiracy by relying on evidence regarding interline agreements and communications between or among rail carriers.  *See In re Rail Freight Fuel Surcharge Antitrust Litig.*, 34 F.4th 1, 6, 10–11 (D.C. Cir. 2022).  Thus, the *MDL I* Court's ruling on the inadmissibility of evidence under Section 10706 would affect not only the motions that have been briefed in *MDL I* (about whether a conspiracy existed regarding rate-based fuel surcharges on carload traffic) and in *Oxbow* (about whether a conspiracy existed regarding the distinct rate-based fuel surcharges on coal traffic), but would also provide important guidance for the motions to be filed in *MDL II*, given that Plaintiffs in *MDL II* have said they are relying on the same evidence to establish the existence of a conspiracy.

Based on the timing and substance of the *MDL I* Court's prior orders, Defendants anticipate that the *MDL I* Court may rule on the Section 10706 issues prior to the current deadline for their *MDL II* cross-case summary judgment motions.  Defendants therefore renew their request that the Court allow Defendants to file their summary judgment motions in *MDL II* by the later of April 30, 2024, or 42 days after the *MDL I* Court has issued its ruling on Section 10706 (with opposition and reply dates to be adjusted accordingly as necessary).[6]  This proposed modification will ensure

---

[6] Some motions that Defendants anticipate filing are likely not dependent on a ruling on Section 10706 issues—for example, motions regarding the untimeliness of certain damages claims under *American Pipe* or under Federal Rule of Evidence 702 directed to the damages analyses of Plaintiffs' experts. In principle, such motions could be filed on the existing schedule, while Section 10706-dependent motions could be filed later. Defendants do not

*(cont'd)*

that the parties will have a fair opportunity to incorporate and address Judge Friedman's anticipated ruling and to brief summary judgment in an efficient and orderly manner.  Any time savings from proceeding with the current schedule would be illusory, because, if the parties were to file briefs without the benefit of a ruling on Section 10706, then the parties would later need time to supplement their briefs in light of a Section 10706 ruling.

Plaintiffs agree "that if Judge Friedman needs more time to resolve the motions pending in MDL I, the schedule may be modified accordingly." Plaintiffs' Statement, *supra* p. 4; *see also id.* (stating that Plaintiffs would be willing to "propos[e] a modest extension of the MDL II briefing schedule" if "Judge Friedman's MDL I ruling does not issue in the next month"). But Plaintiffs claim there is no need to address this issue now because, if Judge Friedman issues a decision "in the coming weeks," there will be no reason to modify the schedule.  Defendants' proposal fully accounts for that possibility: If Judge Friedman issues a decision on Section 10706 issues before March 19, 2024—that is, 42 days before the current April 30 MSJ filing date—there will be no adjustment to the schedule.  By contrast, under Plaintiffs' proposal, if the Section 10706 issues are not addressed by March 19, 2024, the parties would need to scramble to seek the Court's guidance in another filing even though the parties have used prior status reports to raise scheduling issues.[7] Defendants would rather address this issue now, while there is sufficient time for the Court to consider Defendants' request and  for Defendants to react to any guidance from the Court.

---

favor that approach, however, in light of (a) their respect for the Court's decisions in the October 17, 2023, and December 18, 2023, orders evidencing a preference to set a single schedule for all cross-case motions, and (b) the difficulty of knowing for certain which motions might be affected by a Section 10706 decision that has not yet issued.

[7] Defendants' approach is also consistent with the Court's prior statements indicating that the parties should use their status reports to identify as early as possible issues that may require judicial intervention. *See, e.g.*, 8/26/21 Tr. at 21-23

V.      **Other Case Management Issues Related to MDL I Proceedings**

**Plaintiffs' Statement**

Plaintiffs have reviewed the "case management issues" relating to MDL I proceedings identified by Defendants in their statement. Defendants do not explain how these "issues" affect the management of MDL II. Plaintiffs also disagree with Defendants' characterization of likely scenarios,[8] but there is no reason for the parties to debate those issues in MDL II now. Plaintiffs remain committed to meeting the Court's schedule as outlined in its December 18, 2023 Order.

**Defendants' Statement**

Below, Defendants have identified additional information regarding the *MDL I* proceedings that may affect this Court's management of *MDL II*.

**MDL I** *Summary Judgment Motions*: The pending *MDL I* summary judgment motions were briefed in 2021. But, after the D.C. Circuit agreed to address the meaning of Section 10706, Judge Friedman subsequently advised the parties that summary judgment would not be considered until the Section 10706 proceedings resolved the evidence he could consider. Judge Friedman explained that resolution of the Section 10706 issues could require additional briefing on summary judgment:

> [T]he Court does not intend to proceed with consideration of the motions for summary judgment pending in [*MDL I*] and in *Oxbow* at this time. A ruling by the

---

[8] For example, Defendants characterize a March 2021 MDL I Order as "advis[ing] that [Judge Friedman] expected to transfer MDL I to this Court at an appropriate time" and speculate that, "accordingly, it is possible that" Judge Friedman may transfer pending MDL I summary judgment motions to the MDL II Court. That Order belies Defendants' speculation, stating clearly that Judge Friedman intends to decide pending motions *before* any such transfer. *See* ECF No. 1016, 3/30/2021 Order, at 2 ("The Court made plain when it agreed to maintain jurisdiction over these cases, reluctantly and at the parties' urging, that it would do so only through a decision on the Section 10706 issue and on summary judgment as to liability. *Thereafter*, the matter would be transferred to Chief Judge Howell before whom related cases are pending." (emphasis added and citations omitted)).

D.C. Circuit concerning the interpretation of 49 U.S.C. § 10706 could substantially alter the record available for summary judgment. Depending on the outcome of the appeal, it may be necessary for the parties to submit new – or, at the very least, supplemental – briefs on summary judgment. In the Court's view, therefore, it makes no sense to consider or resolve the motions for summary judgment when the court of appeals is poised to address a legal question that controls the evidence that may be relied upon in those motions.

10/20/2021 Order, ECF No. 1063 at 1–2, *MDL I*, No. 1:07-mc-00489 (internal citations omitted). Consistent with Judge Friedman's orders, no schedule exists in *MDL I* for further carload or coal conspiracy summary judgment briefs, oral argument on the existing motions, any summary judgment motions on causation or damages, or *Daubert* motions.[9] Moreover, at an earlier stage, Judge Friedman advised that he expected to transfer *MDL I* to this Court at an appropriate time. *See* 3/30/2021 Order, ECF No. 1016 at 2–3. Accordingly, it is possible that Judge Friedman may decide those summary judgment motions, it is possible that those motions will be transferred to this Court (assuming that this Court consents), and it is possible that something in between will occur that calls upon this Court to decide some but not all issues briefed in *MDL I*.

**Request for Guidance in MDL I:** On February 6, 2024, Defendants asked Judge Friedman to offer guidance regarding any additional case management considerations in *MDL I* that may bear on *MDL II* (beyond what he has already stated in his prior orders). *See* ECF No. 1119 at 7, *MDL I*, No. 1:07-mc-00489. To the extent Judge Friedman further informs the parties about *MDL I* case management expectations, that information may help this Court manage *MDL II* (or even plan for the merger of the two MDLs). Defendants will submit to this Court any additional guidance offered by Judge Friedman.

---

[9] *MDL I* Plaintiffs have requested that the *MDL I* Court enter a schedule for additional motions *not* relating to carload or coal conspiracy issues.

## VI.     Liaison Counsel for Plaintiffs

On December 19, 2023, Plaintiffs' Court-appointed liaison counsel Alden Atkins filed his notice of withdrawal as counsel for certain plaintiffs in this MDL, given his retirement from the firm Vinson & Elkins LLP.  ECF No. 941.  In that filing, Mr. Atkins' partner, Jason M. Powers, was proposed as Mr. Atkins' replacement as liaison counsel. The MDL II Plaintiffs agree with that proposal and respectfully request the Court approve the appointment of Mr. Powers as Mr. Atkins' replacement.  Defendants take no position on this request.

Dated: February 23, 2024

 /s/ Michael D. Hausfeld
Michael D. Hausfeld
Brian A. Ratner
Sathya S. Gosselin
Melinda R. Coolidge
Swathi Bojedla
Theodore F. DiSalvo

HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
bratner@hausfeld.com
sgosselin@hausfeld.com
mcoolidge@hausfeld.com
sbojedla@hausfeld.com
tdisalvo@hausfeld.com

*Attorneys for American Honda Motor Co., Inc.*; *BMW Manufacturing Co., LLC and BMW of North America, LLC; Boise Cascade Company; Central Transport International, Inc., Central Transport, Inc., Logistics Insight Corp., and Transport Communications Systems*

 /s/ Sami H. Rashid
Sami H. Rashid
Richard I. Werder, Jr.
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
samirashid@quinnemanuel.com
rickwerder@quinnemanuel.com

Viola Trebicka
Jennifer English
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
violatrebicka@quinnemanuel.com
jenniferenglish@quinnemanuel.com

*Attorneys for Plaintiffs Alcoa Corporation, Arconic, Inc.; Alcoa Fuels, Inc.; Alcoa Power Generating, Inc.; Eastalco Aluminum*

II, L.L.C.; CONSOL Energy, Inc.; CRH Americas, Inc., Preferred Materials, Inc., Ash Grove Cement Company, The Shelly Company, Big River Industries, Inc., Oldcastle APG West, Inc., and Pennsy Supply Inc.; Crowley Maritime Corporation, Crowley Logistics, Inc., and Crowley Liner Services, Inc.; Grand River Dam Authority; J.R. Simplot Co.; Lansing Board of Water & Light; Linde AG; Praxair, Inc.; Lotte Global Logistics (North America), Inc.; Louisiana-Pacific Corporation; Lyondell Chemical Company; LyondellBasell Acetyls, LLC; Equistar Chemicals, LP; MillerCoors, LLC; Newell Recycling Southeast, LLC; Peabody Investments Corporation, Peabody Energy Corporation, Peabody Natural Resources Company, Peabody Midwest Mining LLC, Peabody Powder River Mining LLC, Peabody Coulterville Mining, LLC, Peabody Coalsales, LLC f/k/a Coalsales, LLC, Coalsales II, LLC f/k/a Peabody Coalsales Company, Peabody Coaltrade, LLC f/k/a Coaltrade, LLC and Peabody Coaltrade, Inc., Twentymile Coal, LLC f/k/a Twentymile Coal Company; American Land Holdings of Illinois, LLC; American Land Holdings of Indiana, LLC; Peabody Electricity, LLC; Roseburg Forest Products Co.; Sims Group USA Holdings Corporation (f/k/a Sims Hugo Neu Corporation), Metal Management, Inc., Simsmetal East LLC (f/k/a Sims Hugo Neu East LLC and Hugo Neu Schnitzer East), Metal Management Northeast, Inc., Metal Management Pittsburgh, Inc., SMM New England Corporation (f/k/a Metal Management Connecticut, Inc.), SMM Southeast LLC, Metal Management Midwest, Inc., Metal Management Indiana, Inc., Metal Management Ohio, Inc., Sims Southwest Corporation (f/k/a Proler Southwest LP and Proler Southwest Corporation), SMM South Corporation (f/k/a Metal Management Alabama, Inc.), Metal Management Memphis, L.L.C., Sims Group USA Corporation, Simsmetal West LLC (f/k/a

Company; Intalco Aluminum, LLC; Reynolds Metal Company; Alcoa World Alumina, LLC; Alumax Mill Products, Inc.; The Amalgamated Sugar Company, LLC; American Rock Salt Company LLC; AP Møller – Mærsk A/S; Mærsk Inc.; Maersk Line UK Limited; Axiall Corporation, Axiall, LLC; Westlake Styrene LLC; Westlake Petrochemicals LLC; Westlake Polymers LLC; Westlake Vinyls Inc.; Westlake Vinyls Company LP; WPT LLC; Westlake Longview Corporation; Westlake Management Services, Inc.; BASF Corporation; BASF Catalysts LLC; Cognis USA LLC; ProCat Testing LLC; California Steel Industries, Inc.; Campbell Soup Supply Company L.L.C.; Campbell Company of Canada; Campbell FoodService Company; Joseph Campbell Company; CertainTeed LLC; Saint-Gobain Ceramics & Plastics, Inc.; Bird Incorporated' CertainTeed Canada, Inc.; CertainTeed Gypsum & Ceiling Manufacturing, Inc.; CertainTeed Gypsum Manufacturing, Inc.; CertainTeed Gypsum NC, Inc.; CertainTeed Gypsum West Virginia, Inc.; CertainTeed Gypsum, Inc.; CertainTeed Ceilings Corporation; CertainTeed Gypsum and Ceilings USA, Inc.; Coffeyville Resources Nitrogen Fertilizers, LLC; ConAgra Brands, Inc. f/k/a/ ConAgra Foods, Inc.; Virginia Electric and Power Company,; Dominion Energy Fuel Services, Inc.; Dominion Energy South Carolina, Inc.; Duke Energy Carolinas, LLC; Duke Energy Florida, LLC; Duke Energy Progress, LLC; Duke Energy Indiana, LLC; Duke Energy Kentucky, LLC; Duke Energy Ohio, LLC; Progress Fuels, LLC; DEGS of Narrows, LLC; Duke Energy Generation Services, Inc.; Eastman Chemical Company; Solutia Inc.; Taminco Corporation; Exxon Mobil Corporation; ExxonMobil Oil Corporation; ExxonMobil Global Services Company; Imperial Oil; Imperial Oil Limited; Canada

Sims Hugo Neu West LLC), and Schiabo Larovo Corporation; Suzuki Motor of America, Inc., Suzuki Motor USA, LLC; TMS International, LLC; Total Petrochemicals & Refining USA, Inc.; Trammo, Inc.; Transrail, Inc.; Tropicana Products, Inc., Frito-Lay, Inc., and Bottling Group, LLC operating as Pepsi Beverages Company; U.S. Silica Co.

/s/ William J. Blechman
Robert D. W. Landon, III
Richard Alan Arnold
William J. Blechman
Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli
Joshua B. Gray
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
E-mail: rlandon@knpa.com
raa@knpa.com
wblechman@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com
jgray@knpa.com

Attorneys for Plaintiffs Cemex, Inc., Clearwater Paper Corporation, The Goodyear Tire & Rubber Company, Kraft Heinz Foods Company, Lehigh Hanson, Inc., PotlatchDeltic Corporation, Rayonier Advanced Materials Inc., Sterling Steel Company LLC., UPM-Kymmene, Inc., and Unilever ASCC AG


/s/ Jason M. Powers

Imperial Oil Limited; Grain Craft, Inc.; Southeastern Mills, Inc.; Hyundai Motor America, Inc.; IPSCO Tubulars Inc.; IPSCO Koppel Tubulars, LLC; IPSCO Tubulars (KY), LLC; TMK NSG, LLC; Keystone Fuels, LLC; Conemaugh Fuels, LLC; Kia Motors America, Inc.; Lafarge North America, Inc., Holcim (US) Inc.; Aggregate Industries Management, Inc.; Aggregate Industries – SWR, Inc.; Aggregate Industries Northeast Region, Inc.; Aggregate Industries – MWR, Inc.; Bardon, Inc. (dba Aggregate Industries Mid-Atlantic Region); Cement Transport, LTD; Geocycle LLC; Systech Environmental Corporation; Lafarge PNW, Inc.; Lattimore Materials Corp.; Mercedes-Benz USA, LLC; Motiva Enterprises LLC; NLMK USA, Inc.; NLMK Pennsylvania, LLC; Sharon Coating, LLC; NOVA Chemicals, Inc.; NOVA Chemicals Corporation; NOVA Chemicals (Canada) Ltd.; Old World Industries, LLC; PCS Sales (USA), Inc.; Agrium (U.S.), Inc.; PCS Phosphate Company, Inc.; White Springs Agricultural Chemicals, Inc; PCS Nitrogen, Inc.; Phillips 66 Company; Shell Chemical LP, Shell Chemicals Canada (f/k/a Shell Chemicals Canada Ltd.) by its managing partner Shell Canada Ltd.; Pennzoil-Quaker State Company (formerly d/b/a SOPUS Products); Shell Trading (US) Company; Equilon Enterprises LLC (d/b/a Shell Oil Products US or SOPUS); Talen Energy Supply, LLC f/k/a PPL Energy Supply, LLC, on behalf of itself and its subsidiaries and affiliates; Talen Energy Marketing, LLC f/k/a PPL EnergyPlus, LLC; Talen Generation, LLC f/k/a PPL Generation, LLC (successor in interest to PPL Coal Supply, LLC); Talen Montana, LLC f/k/a PPL Montana, LLC; Martins Creek, LLC f/k/a PPL Martins Creek, LLC; Brunner Island, LLC f/k/a PPL Brunner Island, LLC; Montour, LLC f/k/a PPL Montour, LLC; United Parcel Service, Inc.,

13

Jason M. Powers
VINSON & ELKINS L.L.P.
845 Texas Avenue, Suite 4700
Houston, Texas 77002
(713) 758-2522
(713) 615-5809 (Facsimile)
jpowers@velaw.com

Craig P. Seebald (D.C. Bar No. 438968)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
(202) 639-6500
(202) 639-6604 (Facsimile)
cseebald@velaw.com

*/s/ John H. LeSeur*
John H. LeSeur (D.C. Bar No. 293357)
Frank J. Pergolizzi (D.C. Bar No. 405174)
Peter A. Pfohl (D.C. Bar No. 456854) Daniel
M. Jaffe (D.C. Bar No. 461185) SLOVER &
LOFTUS LLP
1224 Seventeenth Street NW
Washington, D.C. 20036
(202) 347-7170
(202) 347-3619 (Facsimile)
jhl@sloverandloftus.com
fjp@sloverandloftus.com
pap@sloverandloftus.com
dmj@sloverandloftus.com
*Attorneys for Plaintiffs AK Steel Corporation;
Bel-Ray Company, LLC; Calumet Branded
Products, LLC; Calumet Cotton Valley
Refining, LLC; Calumet Dickinson Refining,
LLC; Calumet Karns City Refining, LLC;
Calumet Montana Refining, LLC; Calumet
Operating, LLC; Calumet Princeton Refining;
LLC; Calumet Refining, LLC; Calumet
Shreveport Refining, LLC; Calumet Specialty
Products Partners, L.P.; CF Industries, Inc.;
Dairyland Power Cooperative; Dyno Nobel,
Inc.; Entergy Arkansas, LLC; Entergy
Louisiana, LLC; Exelon Generation Company,
an Ohio Corporation; UPS Ground Freight,
Inc.; Vulcan Materials Company; Legacy
Vulcan, LLC; Florida Rock Industries, Inc.;
Atlantic Granite LLC; CalMat Co.; Vulcan
Aggregates Company, LLC; Vulcan
Construction Materials, LLC; Fulton
Concrete Company, LLC; McCartney
Construction Company, Inc.; Calhoun
Asphalt Company, Inc.; Harper Brothers,
LLC; Virginia Concrete Company, LLC;
Azusa Rock, LLC; Triangle Rock Products,
LLC; Aggregates USA, LLC; Chem-Marine
Corporation of South Carolina; DMG
Equipment Company, LLC; R. C. Smith
Companies, LLC; Aggregates USA (Macon),
LLC; Aggregates USA (Savannah), LLC;
Aggregates USA (Sparta), LLC; WestRock
Company; WestRock Coated Board, LLC;
WestRock Virginia, LLC; WestRock Texas,
L.P.; WestRock CP, LLC; WestRock
Southeast, LLC; WestRock Northwest, LLC;
WestRock Mill Company, LLC; WestRock –
Solvay, LLC; WestRock Minnesota
Corporation; WestRock Kraft Paper, LLC;
WestRock Container, LLC; WestRock
Longview, LLC; Smurfit-Stone Container
Canada Inc.; The J.M. Smucker Company;
General Motors LLC; Kennecott Utah
Copper LLC; and U.S. Borax Inc.*

*LLC; Kurlin Company, LLC; NorFalco LLC;*
*NorFalco Sales; North Star BlueScope Steel*
*LLC; Steelscape, LLC; and Wisconsin Electric*
*Power Company*

*/s/ David C. Eddy*
David C. Eddy (DC Bar No. 250712)
Dennis J. Lynch (admitted *pro hac vice*)
Travis C. Wheeler (DC Bar No. 484023)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, S.C. 29201
Tel: (803) 771-8900
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com

*Attorneys for Plaintiffs Domtar Corporation;*
*Ford Motor Company; South Carolina Public*
*Service Authority; Anheuser-Busch, LLC;*
*Anheuser-Busch Companies, LLC; Nestlé*
*Purina PetCare Company; and Nestlé USA,*
*Inc.*

*/s/ Adam Carlis*
Geoffrey L. Harrison
Shawn Raymond
Adam Carlis
Alexandra Foulkes Grafton
Scott T. Glass
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 651-9366
gharrison@susmangodfrey.com
sraymond@susmangodfrey.com
acarlis@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com
sglass@susmangodfrey.com

Raj Mathur
SUSMAN GODFREY, L.L.P.
1301 Avenue of the Americas, 32nd Floor

*/s/ Joseph M. Vanek*
Joseph M. Vanek
David P. Germaine (admitted *pro hac vice*)
Martin Amaro (*pro hac vice* forthcoming)
SPERLING & SLATER, P.C.
55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jvanek@sperling-law.com
dgermaine@sperling-law.com
mamaro@sperling-law.com

*Attorneys for Plaintiffs Kellogg Company*
*and Mitsubishi Motors North America, Inc.*

*/s/ Sandra L. Brown*
Sandra L. Brown (D.C. Bar No. 452988)
David A. Wilson (D.C. Bar No. 430400)
David E. Benz (D.C. Bar No. 485868)
Joe Smith (D.C. Bar. No. 1010223)
THOMPSON HINE LLP
1919 M Street N.W. Suite 700
Washington, D.C. 20036
Tel: (202) 331-8800
Fax: (202) 331-8330
sandra.brown@thompsonhine.com
david.wilson@thompsonhine.com
david.benz@thompsonhine.com
joe.smith@thompsonhine.com

Robert F. Ware
Jennifer S. Roach
THOMPSON HINE LLP

New York, NY 10019
(212) 729-2051
rmathur@susmangodfrey.com

*Attorneys for Arkema Inc.; ArrMaz Products Inc.; Boise Cascade Company; CONSOL Energy, Inc.; CRH Americas, Inc., Preferred Materials, Inc., Ash Grove Cement Company, The Shelly Company, Big River Industries, Inc., Oldcastle APG West, Inc., and Pennsy Supply Inc.; Crowley Maritime Corporation, Crowley Logistics, Inc., and Crowley Liner Services, Inc.; Grand River Dam Authority; J.R. Simplot Co.; Lansing Board of Water & Light; Lotte Global Logistics (North America), Inc.; Lyondell Chemical Company; LyondellBasell Acetyls, LLC; Equistar Chemicals, LP; MillerCoors, LLC; Peabody Investments Corporation, Peabody Energy Corporation, Peabody Natural Resources Company, Peabody Midwest Mining LLC, Peabody Powder River Mining LLC, Peabody Coulterville Mining, LLC, Peabody Coalsales, LLC f/k/a Coalsales, LLC, Coalsales II, LLC f/k/a Peabody Coalsales Company, Peabody Coaltrade, LLC f/k/a Coaltrade, LLC and Peabody Coaltrade, Inc., Twentymile Coal, LLC f/k/a Twentymile Coal Company; American Land Holdings of Illinois, LLC; American Land Holdings of Indiana, LLC; Peabody Electricity, LLC; Roseburg Forest Products Co.; Sims Group USA Holdings Corporation (f/k/a Sims Hugo Neu Corporation), Metal Management, Inc., Simsmetal East LLC (f/k/a Sims Hugo Neu East LLC and Hugo Neu Schnitzer East), Metal Management Northeast, Inc., Metal Management Pittsburgh, Inc., SMM New England Corporation (f/k/a Metal Management Connecticut, Inc.), SMM Southeast LLC, Metal Management Midwest, Inc., Metal Management Indiana, Inc., Metal Management Ohio, Inc., Sims Southwest Corporation (f/k/a Proler Southwest LP and Proler Southwest*

127 Public Square, Suite 3900
Cleveland, Ohio 44114
Tel: (216) 566-5500
Fax: (216) 566-5800
rob.ware@thompsonhine.com
jennifer.roach@thompsonhine.com

*Attorneys for Plaintiffs Alabama Power Company, Georgia Power Company and Mississippi Power Company; Northern Indiana Public Service Company LLC; and Union Electric Company d/b/a Ameren Missouri and Ameren Development Company*

/s/ Kristopher S. Davis
Kristopher S. Davis (CA #193452)
George T. Caplan (CA #043821)
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel: (310) 203-4000
Fax: (310) 229-1285
kristopher.davis@faegredrinker.com
george.caplan@faegredrinker.com

William L. Roberts (MN # 0212763)
Jonathan W. Dettmann (MN # 0265032)
Craig S. Coleman (MN # 0325491)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
william.roberts@faegredrinker.com
jon.dettmann@faegredrinker.com
craig.coleman@faegredrinker.com

*Corporation), SMM South Corporation (f/k/a Metal Management Alabama, Inc.), Metal Management Memphis, L.L.C., Sims Group USA Corporation, Simsmetal West LLC (f/k/a Sims Hugo Neu West LLC), and Schiabo Larovo Corporation; Suzuki Motor of America, Inc., Suzuki Motor USA, LLC; TMS International, LLC; Total Petrochemicals & Refining USA, Inc.; Trammo, Inc.; Transrail, Inc.; Tropicana Products, Inc., Frito-Lay, Inc., and Bottling Group, LLC operating as Pepsi Beverages Company; U.S. Silica Co.*

/s/Kirk T. May
Kirk T. May
William D. Beil
GM LAW PC
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
PH: 816-471-7700
FX: 816-471-2221
Email: kirkm@ gmlawpc.com
Email: billb@ gmlawpc.com

David B. Helms
GM LAW PC
8000 Maryland Avenue, Suite 1060
Clayton, Missouri 63105
PH: 314-474-1750
FX: 816-471-2221
Email: davidh@gmlawpc.com

*Attorneys for Plaintiffs
Lansing Ethanol Services, LLC, et al.*

/s/ Benjamin D. Brown
Benjamin D. Brown (D.C. Bar. No. 495836)
Robert A. Braun (D.C. Bar No. 1023352)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue,
N.W. Fifth Floor
Washington, D.C. 20005

*Attorneys for Plaintiffs American Zinc Recycling Corp., Ascend Performance Materials Operations LLC, Ingredion Incorporated, The Heritage Group dba Asphalt Refining Company, Asphalt Materials, Inc., Bituminous Materials and Supply, L.P., Emulsicoat, Inc., Laketon Refining Corporation, Heritage Environmental Services, LLC, Rineco Chemical Industries, LLC, Heritage Transport, LLC, Pizo Operating Company, LLC, and CHS Inc.*

/s/ Eric S. Hochstadt
David J. Lender (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
Luna Barrington (admitted *pro hac vice*)
Sarah Ryu (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
david.lender@weil.com
eric.hochstadt@weil.com
luna.barrington@weil.com
sarah.ryu@weil.com

*Attorneys for Plaintiffs Cleveland-Cliffs Steel LLC (f/k/a ArcelorMittal USA LLC) and ArcelorMittal Dofasco G.P.*

/s/ Edward D. Hassi
Edward D. Hassi (D.C. Bar No. 1026776)
Leah S. Martin (D.C. Bar No. 1029757)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383 8118

Tel: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com

*Attorneys for Plaintiffs Kawasaki Kisen
Kaisha, Ltd., "K" Line America, Inc., Yang
Ming Marine Transport Corp., Yang Ming
(America) Corp., Nippon Yusen Kabushiki
Kaisha, NYK Line (North America) Inc.,
Mitsui O.S.K. Lines, Ltd., and MOLAM
Legacy, Inc.*

/s/ James P. Denvir
James P. Denvir (D.C. Bar No.  284554)
Scott E. Gant (D.C. Bar No. 455392)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Phone 202 237 2727
Fax 202 237 6131
jdenvir@bsfllp.com
sgant@bsfllp.com

Stuart H. Singer (*pro hac vice*)
James Grippando (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida  33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
jgrippando@bsfllp.com

*Attorneys for Plaintiffs Domino Foods, Inc.,
E.I. du Pont de Nemours and Company, and
The General Electric Company*

/s/ Frank M. Lowrey IV
Frank M. Lowrey IV (*pro hac vice*)
lowrey@bmelaw.com
Tiana S. Mykkeltvedt (*pro hac vice*)

E-mail: thassi@debevoise.com
lmartin@debevoise.com

Michael Schaper, Esquire
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909 6000
Fax: (212) 909 6836
mschaper@debevoise.com

*Attorneys for Plaintiffs Toyota Motor
Sales, U.S.A., Inc. and Toyota Canada Inc.*

/s/ Nathan P. Eimer
Nathan P. Eimer (*pro hac vice*)
Daniel D. Birk (*pro hac vice*)
Susan Razzano (*pro hac vice*)
Benjamin Waldin (D.D.C. Bar No. IL0061)
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
neimer@eimerstahl.com
dbirk@eimerstahl.com
srazzano@eimerstahl.com
bwaldin@eimerstahl.com

Ryan J. Walsh (D.C. Bar No. 1029407)
EIMER STAHL LLP
10 East Doty Street
Suite 800
Madison, WI 53703
Telephone: (608) 441-5798
Fax: (608) 441-5707
Email: rwalsh@eimerstahl.com

*Attorneys for Plaintiffs The Dow Chemical
Company, Union Carbide Corporation,
Amerchol Corporation, Umetco Minerals
Corporation, Gerdau Ameristeel*

mykkeltvedt@bmelaw.com
Matthew R. Sellers
sellers@bmelaw.com
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, N.E., Suite 3900
Atlanta, Georgia 30309
Tel: (404) 881-4100
Fax: (404) 881-4111

*Attorneys for Plaintiff The General Electric
Company*


*/s/ Michael C. Dell'Angelo*
Michael C. Dell'Angelo
Michael J. Kane
H. Laddie Montague, Jr.
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net
mkane@bm.net
hlmontague@bm.net
mwallin@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
(202) 559-9745
dwalker@bm.net

Sophia Rios
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
Fax: (215) 875-4604
srios@bm.net

*Attorneys for Plaintiffs High Level
Management Venturers, Century Aluminum*

*Corporation, Gerdau Ameristeel US Inc.,
Gerdau Ameristeel Perth Amboy Inc.,
Gerdau Ameristeel Sayreville Inc.,
Chaparral Steel Company, Chaparral Steel
Midlothian, LP, Chaparral (Virginia) Inc.,
Sheffield Steel Corporation, Gerdau
Macsteel, Inc., International Paper
Company, GenOn Energy Management,
LLC, GenOn Power Midwest LP, and
GenOn REMA, LLC*


*/s/ Daniel B. Goldman*
Daniel B. Goldman
Nathan Schwartzberg
Martin M. McSherry
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
dgoldman@kramerlevin.com
nschwartzberg@kramerlevin.com
mmcsherry@kramerlevin.com

*Attorneys for Plaintiffs The Procter &
Gamble Company, The Procter & Gamble
Distributing LLC, The Procter & Gamble
Manufacturing Company, The Procter &
Gamble Paper Products Company, Tronox
Inc., and Tronox US Holdings Inc.*

*Company, Century Aluminum of Kentucky, GP, NSA, GP, Century Aluminum of West Virginia, Inc., Century Aluminum of South Carolina, Inc., Andre M. Toffel, Trustee, on behalf of New Wei, Inc., et al., jointly administered bankruptcy estates, and ABF Freight System Inc.*

/s/ Leo D. Caseria
Leo D. Caseria (DC Bar No. 1655936)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006-6801
Tel. (202) 747-1925
Fax (202) 747-1901
lcaseria@sheppardmullin.com

Helen C. Eckert
Joy O. Siu
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
heckert@sheppardmullin.com
jsiu@sheppardmullin.com

*Attorneys for Plaintiff CalPortland Company*

/s/ Ronald J. Aranoff
Ronald J. Aranoff
Fletcher W. Strong
William J. Hagan
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
raranoff@wmd-law.com
fstrong@wmd-law.com
whagan@wmd-law.com

*Attorneys for Plaintiff Air Products and Chemicals, Inc.*

/s/ Conte C. Cicala
Conte C. Cicala (CA Bar No. 173554)
Clyde & Co US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
conte.cicala@clydeco.us

*Attorneys for Plaintiff Mitsui O.S.K. Lines, Ltd. And MOLAM Legacy, Inc.*

/s/ Kuruvilla J. Olasa
Glenn D. Pomerantz
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100
Glenn.Pomerantz@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
Ben.Horwich@mto.com

Lauren E. Ross (D.C. Bar No. 1659620)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW
Suite 500E
Washington, DC 20001-5369
Phone: (202) 220-1100
Lauren.Ross@mto.com

/s/ Linda S. Stein
Linda S. Stein (D.C. Bar No. 376217)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: (202) 429-3000
lstein@steptoe.com
mbfox@steptoe.com

*Counsel for Defendant BNSF Railway Company pursuant to the
Notices of Appearance entered in each case*

21

/s/ Juan A. Arteaga
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Juan A. Arteaga
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com

/s/ Julia M.I. Holden Davis
David M. Wells
Julia M.I. Holden Davis
Derek K. Mountford
GUNSTER, YOAKLEY & STEWART, P.A.
One Independent Drive, Suite 2300
Jacksonville, Florida 32202
Phone: (904) 354-1980
dwells@gunster.com
jholdendavis@gunster.com
dmountford@gunster.com

*Counsel for Defendant CSX Transportation, Inc. pursuant to the
Notices of Appearance entered in each case*

/s/ Tara L. Reinhart
Tara L. Reinhart (D.C. Bar. No. 462106)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: (202) 371-7630
tara.reinhart@skadden.com
thomas.gentry@skadden.com

Ronald K. Wray II
GALLIVAN, WHITE & BOYD P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601
Phone: (864) 271-5362
rwray@GWBlawfirm.com

*Counsel for Defendant Norfolk Southern Railway Company pursuant to the
Notices of Appearance entered in each case*

/s/ Tyrone R. Childress
Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar #1034352)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2589
E-mail: tchildress@jonesday.com
E-mail: kbryan@jonesday.com

John M. Majoras (D.C. Bar #474267)
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
E-mail: jmmajoras@jonesday.com

/s/ Timothy L. O'Mara
Timothy L. O'Mara
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
E-mail: tim.o'mara@lw.com

/s/ Matthew M. Collette
Matthew M. Collette (D.C. Bar
No. 427167)
Alethea A. Swift (D.C. Bar No. 1644929)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Phone: (202) 795-3326
Fax: (312) 379-0467
mcollette@masseygail.com
aswift@masseygail.com

Leonard A. Gail
Suyash Agrawal
Christopher M. Walling
Illinois State Bar No. 6199745
Massey & Gail LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com
sagrawal@masseygail.com
cwalling@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company pursuant to the
Notices of Appearance entered in each case*