**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II) | |
| This document relates to: | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |
| *Anheuser-Busch, LLC, et al. v. BNSF Railway Company, et al.* (1:20-cv-523-BAH) | |
| *Domtar Corporation v. BNSF Railway Company, et al.* (1:20-cv-278-BAH) | |
| *Ford Motor Company v. BNSF Railway Company, et al.* (1:20-cv-280-BAH) | |
| *Nestlé Purina PetCare Company, et al. v. BNSF Railway Company, et al.* (1:21-cv-1503-BAH) | |
| *South Carolina Public Service Authority v. BNSF Railway Co., et al.* (1:20-cv-282-BAH) | |

**NOTICE OF FIRM NAME CHANGE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Nexsen Pruet, LLC has changed its name to Maynard Nexsen PC. The firm and its lawyers' addresses, phone numbers, and fax numbers have not been affected by this change. Please take notice that updated email addresses will include the new domain "maynardnexsen.com," replacing "nexsenpruet.com," although all emails to addresses at the old domain will be forwarded to the corresponding new address.

Dated:  December 4, 2024                              Respectfully submitted,

/s/ David C. Eddy
David C. Eddy (D.C. Bar No. 250712)
Dennis J. Lynch
Travis C. Wheeler
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone:  (803) 771-8900
DEddy@maynardnexsen.com
DLynch@maynardnexsen.com
TWheeler@maynardnexsen.com

*Attorneys for Plaintiffs Anheuser-Busch, LLC, Anheuser-Busch Companies, LLC, Domtar Corporation, Ford Motor Company, Nestlé Purina PetCare Company, Nestlé USA, Inc., and South Carolina Public Service Authority*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of December, 2024, a copy of the foregoing was served via electronic mail upon counsel of record.

/s/ David C. Eddy
David C. Eddy (D.C. Bar No. 250712)
Dennis J. Lynch
Travis C. Wheeler
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: (803) 771-8900
DEddy@maynardnexsen.com
DLynch@maynardnexsen.com
TWheeler@maynardnexsen.com

*Attorneys for Plaintiffs Anheuser-Busch, LLC, Anheuser-Busch Companies, LLC, Domtar Corporation, Ford Motor Company, Nestlé Purina PetCare Company, Nestlé USA, Inc., and South Carolina Public Service Authority*